

'COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

BRIAN WURZEL,                    )
                                 )
                                 )
          Plaintiff,             )
                                 )
     vs.                         )  Case No. 3:09CV498
                                 )
WHIRLPOOL CORPORATION,           )   Judge Carr
                                 )
                                 )
          Defendant.             )


                     - - -


DEPOSITION OF MARK G. ISSA, D.O., F.A.C.C.


     DATE:      October 29, 2009 at 9:07 a.m.

     PLACE:     Northwest Ohio Cardiology
                Consultants
                2940 North McCord Road
                Toledo, Ohio

     REPORTER:  Casey G. Schreiner, RMR-RDR
                Notary Public


                     - - -




10 South Broadway, Suite 1400 • St. Louis, MO • 63102
P 877.421.0099
140 South Dearborn, Suite 1605 • Chicago, IL • 60603
P 888.346.1627
www.PohlmanUSA.com

Page 2

1    APPEARANCES:

2         On behalf of the Plaintiff:

3                        WASSERMAN, BRYAN, LANDRY & HONOLD,
                        LLP:
4                        Francis J. Landry
                        405 N. Huron Street, Suite 300
5                        Toledo, Ohio 43604
                        (419) 243-1230
6

7         On behalf of the Defendant:

8                        LITTLER MENDELSON, P.C.:
                        Adam C. Wit
9                        200 N. LaSalle Street
                        Suite 2900
10                       Chicago, Illinois 60601
                        (312) 372-7780
11

12        On behalf of the Witness:

13                       COY, KONIECZNY & PEPPEL:
                        Gregg A. Peppel
14                       405 Madison Avenue, Suite 700
                        Toledo, Ohio 43604
15                       (419) 724-5252

16

     ALSO PRESENT:
17

18                       Jen Lenhart
                        Brian Wurzel

19
                              - - -
20

21

22

23

24

Page 3

1                    I N D E X

2                  EXAMINATION
    Witness Name                        Page   Line
3   MARK G. ISSA, D.O., F.A.C.C.
         Examination By Mr. Wit ................ 4      5
4        Examination By Mr. Landry ............. 107    21

5                    EXHIBITS
    Exhibit      Description              Page   Line
6   EX 1         Letter - Issa to Hiestand - .... 23    22
                 6-7-07
7   EX 2         Letter - Issa to Hiestand - .... 33    15
                 10-31-07
8   EX 3         Letter - Issa to Hiestand - .... 36    11
                 12-13-07
9   EX 4         Medical Record - 03-13-08 ...... 41    5

10  EX 5         NWOCC Return to Work Release - . 51    24
                 3-13-08
11  EX 6         Letter - Issa to To Whom it May  62    16
                 Concern - 3-13-08
12  EX 7         Letter - Issa to Hiestand  ..... 64    9
                 6-23-08
13  EX 8         NWOCC Return to Work Release - . 68    20
                 3-13-08
14  EX 9         Letter - Issa to Hiestand - .... 75    14
                 2-17-09
15  EX 10        Letter - Issa to Hiestand - .... 91    22
                 4-30-09
16  EX 11        Letter - Issa to Hiestand - .... 94    22
                 7-23-09
17  EX 12        NWOCC Return to Work Release ... 95    3
                 2-13-09
18
                   OBJECTIONS
19  By                                        Page   Line

20  Mr. Peppel ............................... 79     8
    Mr. Peppel ............................... 84     2
21

22                   - - -

23

24

1    MARK G. ISSA, D.O., F.A.C.C.,

2  a Witness herein, called by the Defendant as if upon

3  Examination, was by me first duly sworn, as

4  hereinafter certified, deposed and said as follows:

5                        EXAMINATION

6  BY MR. WIT:

7         Q.    Good morning, Dr. Issa.  My name is Adam

8  Wit.  I represent Whirlpool Corporation.  We're here

9  today for your deposition in a matter that, obviously,

10  you're not named, but in a lawsuit between one of your

11  patients, Brian Wurzel, and Whirlpool Corporation.

12              Have you ever had your deposition taken

13  before?

14         **A.    Yes.**

15         Q.    In matters involving --

16         **A.    My patients.**

17         Q.    Just a little bit about the ground rules

18  so that it's on the record and we understand each

19  other.  Obviously it's a question-and-answer format.

20  I generally will be asking the questions and you will

21  be giving the answers.

22              Your answers have to be verbal, because

23  the court reporter has to take it down.  So no uh-huhs

24  or huh-uhs or shrugs of the shoulders or nods of the

Page 5

1  head because it's not really very well recorded.  If

2  you do that, I'm probably going to prompt you for a

3  verbal answer.  I'm not trying to be smart with you.

4  I'm just trying to get your answer clear for the

5  record.

6            If there is a point in time where you

7  don't understand what I'm asking you, which is

8  possible, let me know, and I can try and rephrase the

9  question, she can read it back.  I just want you to

10  understand the question so that you can answer it

11  accurately; is that fair enough?

12       **A.    True.**

13       Q.    If you don't tell me that you don't

14  understand or didn't hear, I'm going to assume that

15  you understood and your answer is accurate to that

16  question; is that also fair?

17       **A.    Fair.**

18       Q.    Could you give me a rundown of your

19  educational background?

20       **A.    Well, I did my osteopathic education in**

21  **Kansas City.  And then I did three years of internal**

22  **medicine at the University of Kansas; three years of**

23  **cardiology fellowship at the University of Kansas.**

24       Q.    Okay.

1    **A.    And I've been in private practice for 11**

2  **years with Northwest Ohio Cardiology Consultants.**

3    Q.    Are you an O.D. or M.D.?

4    **A.    It's a D.O.**

5    Q.    D.O., I'm sorry.  And you've been a

6  cardiologist here since the inception of your

7  practice?

8    **A.    Correct.**

9    Q.    How long has that been?  Sorry, I didn't

10  catch that.

11    **A.    About 11 years.**

12    Q.    11 years.  Forgive me for my ignorance.

13  Are there subspecialties within cardiology, or if

14  you're a cardiologist, you're a cardiologist?

15    **A.    Yeah.  I'm a general cardiologist.  I'm**

16  **not invasive, not interventional cardiologist.**

17    Q.    What does that entail?

18    **A.    Management of patients and doing stress**

19  **tests, echoes, noninvasive testing, diagnostic cardiac**

20  **catheterization.**    -

21    Q.    No surgical?

22    **A.    No surgery.**

23    Q.    Can you tell me a little bit about this

24  organization, the Northwest Ohio Cardiology

Page 7

1  Consultants?

2      A.    We have been a single-specialty group,

3  and we have been in practice for over 20 years.  We

4  are the largest group of cardiologists in the area of

5  Toledo.

6      Q.    And how many cardiologists practice?

7      A.    Currently 22.

8      Q.    22.

9      A.    22 or 24.  It's hard to keep up with our

10 numbers.

11     Q.    Have you been involved in any research or

12 professional publications in the area of cardiology?

13     A.    Our group is involved in research.  We

14 have multiple trials and research that we're all

15 involved in as private cardiologists.

16     Q.    Involving what areas of study?

17     A.    I mean, again, there is different

18 studies.  I mean, I cannot specify one.  There is

19 several.  We have several hospitals that we are

20 involved with the research protocol here.

21     Q.    Any publications that you've authored?

22     A.    No.

23     Q.    All right.  The purpose of today is for

24 me to gain an understanding of your treatment of

1    Mr. Wurzel, primarily.  That's what we're going to be

2    talking about mostly.

3         **A.    Uh-huh.**

4         Q.    And obviously the area of treatment, as I

5    understand, is for angina?

6         **A.    Correct.**

7         Q.    Obviously, you're familiar with that

8    condition?

9         **A.    Very familiar.**

10        Q.    Have you been treating patients with

11   angina since you began practicing in the field of

12   cardiology?

13        **A.    Correct.**

14        Q.    And can you just describe for me in

15   general what angina is?

16        **A.    Angina is a description of chest pressure**

17   **or chest tightness that occurs, usually with activity,**

18   **lasts for about five to 10 minutes.  It's exertional;**

19   **it's relieved with rest.  If it has something to do**

20   **with spasms, it might not go with rest.  Sometimes it**

21   **could relieve with nitroglycerin.**

22            **The patient also describes radiation of**

23   **the pain, pain to the shoulder, arm; sometimes patient**

24   **could complain of back pain as sign of angina pain.**

Page 9

1    But it's typically effort-related symptoms.

2         Q.   Effort-related symptoms, so physical

3    exertion?

4         A.   Correct.

5         Q.   Mental exertion, stress or --

6         A.   It could do that.

7         Q.   Are there different types of angina?

8         A.   Again, there is angina that is related to

9    obstructive coronary artery disease; and there is also

10   angina that we call Prinzmetal angina that is related

11   to the spasm in the artery.

12        Q.   So the first one you said was obstructive

13   coronary artery disease?

14        A.   Disease, yes.

15        Q.   And that would be the form of angina more

16   associated with physical exertion?

17        A.   Correct.

18        Q.   Okay.  And then there is Prinzmetal?

19        A.   Spasm, yes.  Instead of using the

20   Prinzmetal, use spasm.

21        Q.   Prinzmetal or Prinzmetal's?

22        A.   Prinzmetal, P-r-i-n-z-m-e-t-a-l.

23        Q.   So that's associated with spasms?

24        A.   Correct.

1    Q.    And that would be -- the form of

2  Prinzmetal angina would be the form of angina which

3  might exercise without warning or --

4        **A.    Exertion.**

5    Q.    -- exertion?

6        **A.    Correct.**

7    Q.    And when you say "spasm," can you

8  describe what you mean by that?

9        **A.    Spasm is -- it's a narrowing in the**

10  **artery --**

11    Q.    Uh-huh.

12        **A.    -- related to hyperactive smooth muscle**

13  **in the arteries --**

14    Q.    I'm sorry.  Hyperactive?

15        **A.    -- smooth muscle, so it causes a**

16  **narrowing, but it's just a transient, and it has**

17  **nothing to do with atherosclerotic disease.**

18    Q.    Understood.  Am I correct in saying that

19  there is really no way to predict when such a spasm

20  might occur?

21        **A.    Correct.**

22    Q.    Okay.  Now, the -- the angina more

23  associated with obstructive coronary artery disease,

24  is that what is commonly referred to as angina

Page 11

1  pectoris?

2     **A.    Pectoris.**

3     Q.    Can you describe what happens to the body

4  with respect to each type of angina?  Is it different?

5     **A.    With angina pectoris, there is decreased**

6  **demand of the amount of the oxygen supply to the**

7  **heart --**

8     Q.    Uh-huh.

9     **A.    -- and subsequently to the body.  Again,**

10 **if it persisted for a long duration, it could lead to**

11 **a myocardial infarction.**

12    Q.    Heart attack?

13    **A.    Heart attack.  Prinzmetal angina is a**

14 **spasm that could lead to a heart attack, but that's**

15 **very rare.  And it does the same thing.  It's**

16 **basically a spasm.  With a spasm in the artery, there**

17 **is also decrease in the blood flow to the heart and to**

18 **the body, as well.**

19    Q.    And when an individual has a spasm

20 associated with Prinzmetal angina, how might that

21 manifest itself in terms of symptoms?

22    **A.    Chest discomfort.**

23    Q.    Chest discomfort.  What about symptoms

24 such as lightheadedness, dizziness, fatigue?

**A. Very unlikely.**

Q. Unlikely?

**A. Uh-huh.**

Q. So simply chest discomfort?

**A. Usually it's chest discomfort, yes.**

Q. Is this a condition that once an individual has it -- is it curable?

**A. Again, with a spasm, it's very hard to predict when the patient is going to have spasm. We have patients that are very stable on medical management for many, many years. And just for no reason, nobody knows the exact etiology when the patient start having more symptom, it could happen again.**

Q. Okay.

**A. And usually I say although it's stress, it could cause a spasm; but usually it's more a nocturnal symptom, mainly occur at nighttime.**

Q. The Prinzmetal?

**A. Prinzmetal angina. Usually occur at night, and also early morning.**

Q. Okay. Do you know, is there any explaining as to why that is?

**A. Again, this is something that is not very**

Page 13

1    well understood.

2         Q.   Okay.

3         A.   That's why the treatment for it, we will

4    probably go over it later on, if that's one of the

5    questions or --

6         Q.   Yeah.

7         A.   I can usually give long-acting nitrate

8    and calcium channel blocker.

9         Q.   That was my next question.  What's the

10   general treatment plan for someone with Prinzmetal

11   angina?

12        A.   It's nitrate, long-acting nitrate,

13   calcium channel blocker, and also, in some cases, we

14   use magnesium oxide.  There are also several -- there

15   has been some speculation that low magnesium might

16   cause some spasm.  And the other thing, there is a new

17   drug called Ranexa that also -- an agent that we have

18   been using recently, last couple of years, to help

19   with this.  Reduces the spasm.

20        Q.   So would it be fair to say that the

21   primary course of treatment would be pharmaceutical?

22        A.   Correct.

23        Q.   Okay.  No invasive procedures?

24        A.   No invasive procedure, no.

1    Q.    Okay.  And it sounds like the medications

2  that you described are intended as prophylactic or

3  preventative measures to stop a spasm before it

4  occurs?

5      **A.    It happens.**

6      Q.    As opposed to what I understand to be the

7  sublingual nitro, which is taken once a spasm occurs

8  to alleviate the symptoms?

9      **A.    Correct.**

10     Q.    Are there different levels of severity

11  for Prinzmetal angina?

12     **A.    I mean, there are different levels,**

13  **absolutely.  I mean, there is some mild cases, some**

14  **moderate.**

15     Q.    Yes.

16     **A.    And there are also some cases that are**

17  **very severe that are very refractory for treatment**

18  **that the patient require hospitalization.**

19     Q.    And how do you measure the level of

20  severity for the condition?

21     **A.    It's really -- again, depends on what**

22  **kind of complications the patient -- I mean, if the**

23  **patient has myocardial infarction from the Prinzmetal**

24  **angina, sometimes the spasm is so severe that it cause**

Page 15

1    dissection of the artery from the severe spasm.  But

2    those, we are talking about very rare cases.  And

3    between my training and just my private practice, I've

4    seen only one case --

5         Q.    Okay.

6         A.    -- that severe.

7         Q.    Is there any correlation between the

8    severity of the condition and the frequency of the

9    spasms?

10        A.    No.

11        Q.    No.  So that wouldn't be an indicator of

12   how severe the condition is?

13        A.    Correct.

14        Q.    All right.  Is there any way to describe

15   in general terms how Prinzmetal angina might affect an

16   individual's life on a daily basis, or would you have

17   to describe it specific to a given patient?

18        A.    It has to be different from patient to

19   patient.  Again, the other thing is a chest pain or

20   angina is a very subjective term.  I mean, patient

21   could describe chest pain; doesn't mean that it's

22   related to Prinzmetal angina or angina.  Patient could

23   get different kind of chest pain.

24        Q.    Such as?

1      A.    I mean, anytime a patient get diagnosed

2  with heart disease, anytime they get any kind of chest

3  pain, regardless if it's angina or not, they could

4  think this could be angina, too.  Sometimes reflux

5  disease could cause chest pain, and could give the

6  same kind of symptoms, as well.

7      Q.    Can Prinzmetal angina lead to death?

8      A.    Very rare.

9      Q.    Very rare?

10     A.    Yeah.

11     Q.    And the -- that would typically be

12  associated with a heart attack?

13     A.    With a heart attack, with severe spasm,

14  with dissection in the artery, or in just ventricle

15  arrhythmias.  Again, just, as I said, very, very rare,

16  and just like with dissection in the artery or

17  complete occlusion from the artery and cause a

18  ventricular arrhythmia.

19     Q.    When you say "very rare," can you

20  quantify that in terms of percentage?

21     A.    I cannot.  I mean, it's just -- I have --

22  probably one in 10,000.

23     Q.    All right.

24     A.    Again, don't quote me for that one,

Page 17

1    because I'm -- it's just a rare thing.

2         Q.    Understand.

3         A.    And Prinzmetal also is a rare condition.

4    We don't see it that often either.

5         Q.    Oh, no.  So more likely to see the angina

6    pectoris than the Prinzmetal?

7         A.    Correct.

8         Q.    Is there any -- typically any type of

9    advanced warning that a patient may have as an

10   indicator that a spasm is coming?  Do you understand

11   what I mean?

12        A.    I understand.  Again, those kind of

13   patients, they'll have the chest pain, and usually

14   they get -- they could take the nitroglycerin.  That

15   should give them immediate relief.

16        Q.    So the chest pain would be the indicator

17   that --

18        A.    Indicator, yes.

19        Q.    Now, obviously, you're familiar with

20   Mr. Wurzel?

21        A.    Yes.

22        Q.    He's a patient of yours?

23        A.    Uh-huh.

24        Q.    And my understanding is that he's been

1     diagnosed with Prinzmetal angina?

2         **A.**     **Correct.**

3         Q.     And do you know when he was diagnosed

4     with that condition?

5         **A.**     **I think about two years ago when I sent**

6     **him for a cardiac catheterization.**

7         Q.     Two years ago, so --

8         **A.**     **About 2007, sometime in that range.**

9         Q.     Between October, November of 2007?

10        **A.**     **Something like that, I don't have his**

11     **chart with me.**

12        Q.     That's okay. As I understood it, the

13     diagnosis resulted from --

14        **A.**     **Cardiac catheterization.**

15        Q.     Right. Performed by Dr. --

16        **A.**     **Stockton.**

17        Q.     Stockton did the catheterization?

18        **A.**     **Yes.**

19        Q.     And I guess how did it come about that he

20     was diagnosed with Prinzmetal angina?

21        **A.**     **Mr. Wurzel, he present to my office with**

22     **recurrence of his chest pain, and so -- then he**

23     **described different kind of pain. I just was not sure**

24     **if I was dealing with angina, with something in the**

Page 19

1    artery, so I recommended cardiac catheterization for

2    him after having equivocal stress test.

3                   So the cardiac catheterization, initial

4    diagnostic showed obstruction of the left anterior

5    descending artery, about 80 to 90 percent, by Dr.

6    Stockton.  And then when he repeated the cardiac

7    catheterization, he gave him nitroglycerin before he

8    proceeded with the angioplasty, the artery was

9    completely normal, which confirmed the diagnosis of

10   spasms, Prinzmetal angina.

11        Q.    So when he first presented to you, you

12   were unsure of what was causing the pain?

13        A.    Correct.

14        Q.    So was it the fact that a spasm occurred

15   as Dr. Stockton was performing the procedure that is

16   an indicator that he has Prinzmetal angina?

17        A.    Correct.

18        Q.    How did he come to be a patient of yours?

19        A.    He was --

20        Q.    Mr. Wurzel, that is?

21        A.    Yes, I understand.  He was referred by

22   his family doctor, Dr. Hiestand, after having

23   equivocal -- abnormal stress test, let's put it that

24   way.  Abnormal stress test.

1          Q.    Abnormal in what manner?

2          A.    The nuclear portion said equivocal for

3     ischemia.  "Equivocal," that means there is a small

4     area that the radiologist who interpreted the study,

5     he could not say for sure was normal or abnormal.  So

6     that's why Dr. Houston requested a cardiology opinion.

7          Q.    And what did the stress test that

8     Mr. Wurzel underwent entail?

9          A.    He walks on treadmill for three minutes;

10    every three minutes, they increase the stage and the

11    speed.  And then when he achieve 85 percent of target

12    heart rate, we inject with Cardiolite.  And after he

13    gets injected with Cardiolite, then we scan his heart.

14               Again, I don't have the full report of

15    the stress test.  I think the EKG portion was normal

16    at that time.  But I said the only problem was the

17    nuclear portion.  The Cardiolite images showed this

18    abnormality.

19         Q.    Abnormality in what regard?

20         A.    That's why I'm indicating that there

21    was -- there was a small area that the radiologist

22    could not say for sure if it represented ischemia or

23    it could be normal.

24         Q.    Okay.  And that's why they referred for

Page 21

1   cardiac -- cardio --

2         **A.    For cardiac valuation.**

3         Q.   Thank you.

4         **A.    To see if the patient needed cardiac**

5   **catheterization or not.**

6         Q.   I understand.  And actually, by the time

7   he saw you, he already had one cardiac

8   catheterization; is that correct?

9         **A.    That was several years before then.**

10        Q.   Right.  For the same reason?

11        **A.    For different kind of chest pain.**

12        Q.   Had that procedure resulted in a

13  diagnosis of any kind that you are aware of?

14        **A.    No.**

15        Q.   It had not?

16        **A.    It was normal.**

17        Q.   Because presumably there was no spasm?

18        **A.    There was no spasm back then.**

19        Q.   So how was Mr. Wurzel's condition

20  described to you when you first saw him?

21        **A.    The first time?**

22        Q.   Yes.

23        **A.    At that time, I just was not sure if his**

24  **symptom were all cardiac, and that's why I opted at**

1    that time to refer him for another diagnostic modality

2    other than cardiac catheterization, was a CT angiogram

3    of the heart.

4         Q.    When you say you weren't sure if it was

5    cardiac, can you explain what you mean by that?

6         A.    There is other causes of chest pain

7    besides just angina.

8         Q.    Such as?

9         A.    Gastroesophageal reflux disease;

10   sometimes a muscle strain, patient could describe

11   symptoms.  And that's why I -- at that time, it just

12   could be a variety of things.  And since the nuclear

13   portion at that time was not markedly abnormal, I

14   thought, well, probably instead of having him go

15   through a cardiac catheterization, I would rather have

16   him go through another test that is noninvasive.  And

17   that's why I referred him to have a CTA, CT angiogram

18   of the heart.

19        Q.    And what did that reveal?

20        A.    Was normal.

21        Q.    So what was it subsequent to that

22   procedure that caused you to send him for another

23   cardiac catheterization?

24        A.    Then he came back after that -- I mean, I

Page 23

1  can't remember the date -- two or three months later.

2  He had a recurrence of his chest pain -- of chest

3  pain, and then he went to the emergency room, and the

4  workup at that time was negative.

5          And since he started having recurrent

6  episode of the chest pain and that required emergency

7  room visit, I thought, Well, there's always a

8  possibility that a CT angiogram, it could miss

9  coronary artery disease.  So that's why I recommended

10 cardiac catheterization, since it was about four years

11 since his last cardiac catheterization.  And I talked

12 with Mr. Wurzel, and he felt comfortable pursuing the

13 cardiac catheterization.

14     Q.   Okay.  It was the result of that -- the

15 diagnosis was the result of that second cardiac

16 catheterization?

17     A.   Correct.  Correct.

18     Q.   I'm going to -- I want to review with you

19 some of the records that you produced in relation to

20 your visits with Mr. Wurzel.

21     A.   Uh-huh.

22               (Court Reporter marked Issa

23               Exhibit 1.)

24 BY MR. WIT:

1    Q.    I'm showing you a document which has been

2  marked as Issa Deposition Exhibit 1, which I believe

3  to be a letter from you to Mr. Wurzel's primary care

4  physician, Dr. Hiestand; is that correct?

5    **A.    Correct.**

6    Q.    And if I'm interpreting this letter

7  correctly, this describes a visit that you had with

8  Mr. Wurzel on May 22, 2007; is that right?  I'm    .

9  looking at the date to the left.

10    **A.    Correct, yeah.**

11    Q.    Now, what would typically cause you to

12  generate a letter such as this?

13    **A.    Anytime a patient come to see me, I**

14  **always refer -- I always dictate a letter to the**

15  **primary care doctor.**

16    Q.    Okay.

17    **A.    That's the standard.**

18    Q.    All right.  And what would -- what type

19  of information would you generally include in a letter

20  to the primary care physician?

21    **A.    Whatever the patient described to me, and**

22  **whatever I have, information that I need to include in**

23  **the letter.**

24    Q.    Information such as --

Page 25

1      A.    Like a stress test or --

2      Q.    Test results, diagnostic?

3      A.    Correct, yeah.

4      Q.    Treatment prescribed, would that be

5    something included?

6      A.    Correct, yeah.

7      Q.    All right.  Does the date of this visit,

8    May 22, '07, correspond with the first time you saw

9    Mr. Wurzel?

10      A.    Again, I don't have the whole -- I don't

11    have my chart.  It could be, or it could be I've seen

12    him before.

13      Q.    Okay.

14      A.    I don't have that whole record.

15      Q.    You're not sure without looking at the

16    whole chart?

17      A.    Yeah.

18      Q.    All right.

19      A.    It could be the first time.  I'm not

20    sure.

21      Q.    At this point, however, I think -- is it

22    safe to say that his angina has not yet been

23    diagnosed?

24      A.    Correct.

1     Q.    And you indicate in this first paragraph

2  here he has a history of hypertension, has had

3  occasional episodes of non-exertional chest burning

4  that last for 15 minutes, relieved with nitroglycerin

5  within 15 minutes.

6         Now, this suggests to me at this point

7  that Mr. Wurzel is taking nitroglycerin.  Am I correct

8  in that assumption?

9     **A.    Correct, yeah.**

10     Q.    Do you know who at this point had

11  prescribed nitroglycerin for him to use?

12     **A.    His primary care doctor.**

13     Q.    Dr. Hiestand?

14     **A.    Yes.**

15     Q.    Do you know when that was first

16  prescribed for him?

17     **A.    No, I do not.**

18     Q.    Did he, Mr. Wurzel, indicate to you how

19  often he was taking nitroglycerin at that point?

20     **A.    According to the letter -- I do not**

21  **include that in the letter, no.**

22     Q.    Do you recall --

23     **A.    I'm pretty sure he -- probably on a daily**

24  **basis.  I cannot answer this question, because I don't**

Page 27

1    **remember.**

2           Q.   Okay.  If you don't remember, you don't

3    remember.

4           **A.    Yeah, I don't remember.**

5           Q.   Other than the letter, are there notes or

6    any records, in a more detailed fashion, of what you

7    and Mr. Wurzel talked about at any one of your visits?

8           **A.    Sometimes in the review of system, which**

9    **we have it in the computer.**

10          Q.   Yeah.

11          **A.    That could be also --**

12          Q.   Okay.

13          **A.    -- which is not included here.**

14          Q.   I think I have those, but I don't think

15   they're any more detailed than the letter is.  It's

16   just in a different format.

17               So this would be as detailed as it gets

18   in terms of how -- of describing your verbal

19   interaction with Mr. Wurzel?

20          **A.    Correct.**

21          Q.   Would it be common for an individual who

22   does not have angina to take nitroglycerin?

23          **A.    Again, I said with reflux disease -- GI**

24   **symptoms, GI cause of chest pain could be relieved**

1   with nitroglycerin.

2        Q.    All right.

3        A.    And does not have to be angina.

4        Q.    So nitroglycerin is not --

5        A.    Is not diagnostic at all.

6        Q.    I understand.  So it could be prescribed

7   to treat reflux disease?

8        A.    Because the patient get the relief of the

9   symptoms with the nitro, then they take it.  And I see

10  a lot of times primary care doctors prescribe that to

11  their patients.

12       Q.    So the fact that an individual is taking

13  nitroglycerin doesn't necessarily -- it does not

14  necessarily follow that that individual has angina of

15  some form?

16       A.    Correct.

17       Q.    For what conditions is nitroglycerin

18  generally prescribed, then, other than for angina or

19  the reflux?

20       A.    Again, it's not prescribed for the

21  reflux.

22       Q.    Right.

23       A.    But, again, a lot of times, the patients,

24  they get relief from the nitroglycerin, even though

Page 29

1    **they have GI symptoms so it's just -- and primary care**

2    **doctors just tell them -- since nitroglycerin is a**

3    **fairly benign drug, they prescribe nitroglycerin for**

4    **them.**

5                  **Patients with hiatal hernia, they have**

6    **chest symptoms, and it's relieved with nitroglycerin.**

7         Q.   Do you know at this point in time, as of

8    the date of this visit, if Mr. Wurzel had an ongoing

9    prescription for nitroglycerin?

10        **A.   No.**

11        Q.   You don't know?

12        **A.   I don't know.**

13        Q.   Did you have occasion to review

14   Mr. Wurzel's medical records from Dr. Hiestand prior

15   to evaluating Mr. Wurzel?

16        **A.   I'm pretty sure.**

17        Q.   And no recollection from them as to

18   when --

19        **A.   No.**

20        Q.   Would that have been information that you

21   would have known at the time, prior to evaluating

22   Mr. Wurzel?

23        **A.   Possibly.**

24        Q.   Possibly.  You also describe his -- if

1    you look down here under the Impression section, the

2    first sentence, you describe his chest pain as

3    atypical.

4          **A.    Correct.**

5          Q.    Could you describe for me what you mean

6    by that?

7          **A.    Atypical symptoms is not conclusive to**

8    **cardiac cause of chest pain, the fact that it was not**

9    **exertional.**

10          Q.    Uh-huh.

11          **A.    So that's why I thought his chest pain's**

12    **atypical in nature, because it's not occurring with**

13    **exertion.**

14          Q.    Okay.  But atypical, do you mean that

15    it's something other than normal?

16          **A.    What I mean, that we described -- if a**

17    **typical chest pain, that mean it's consistent with**

18    **angina pectoris.**

19          Q.    Uh-huh.

20          **A.    So I felt his chest pain is really**

21    **atypical for angina pectoris.**

22          Q.    Understood.  Because it was not

23    occurring --

24          **A.    With exertion.**

Page 31

1          Q.    And given that it was atypical, did you

2    form any opinion about what the cause of pain might

3    be?

4          A.    One of the speculation I made, I said, it

5    could be due to gastroesophageal reflux disease.

6    Again, that's speculation.

7          Q.    Understood.  And what is generally

8    associated with that condition, gastroesophageal

9    reflux disease?

10         A.    I mean, people could have dyspepsia, and,

11   again, we've had cases just of people have reflux

12   disease just with chest pain only, with chest pain,

13   and that is non-exertional.

14         Q.    So the reflux disease and Prinzmetal

15   angina, do they present similarly?

16         A.    They could have very similar symptoms,

17   yes.

18         Q.    What's happening with reflux disease when

19   compared with Prinzmetal angina?

20         A.    That reflux disease, a patient would not

21   have a spasm in the artery.

22         Q.    Okay.

23         A.    In Prinzmetal angina, they have spasm in

24   the artery.

1        Q.   What is reflux disease?

2        **A.   It's just when the acid reflux goes back**

3  **from the stomach to the esophagus.**

4        Q.   So it's not a cardio --

5        **A.   It's not cardiac cause of chest pain,**

6  **yes.**

7        Q.   All right.  You also described here that

8  he had hypertension.

9        **A.   Uh-huh.**

10        Q.   What is -- what is that?

11        **A.   Elevation of blood pressure.**

12        Q.   So that's high blood pressure?

13        **A.   High blood pressure.**

14        Q.   And you indicate under Current Diagnoses,

15  Hypertension-Essential, and then in parentheses,

16  benign.

17        Can you explain for me what that means?

18        **A.   Benign hypertension, that patient has not**

19  **had a complication from hypertension, talking about**

20  **kidney problems, like renal disease --**

21        Q.   Okay.

22        **A.   -- and other causes of that, cardiac or**

23  **that.**

24        Q.   Were you aware, was the hypertension

Page 33

1    controlled with medication?

2        **A.    Yes.**

3        Q.    And what are the medications you identify

4    here, Caduet, Chantix?

5        **A.    No, Chantix is not.  That's for smoking**

6    **cessation.  And Metoprolol.**

7        Q.    What is the first one, Caduet?

8        **A.    Caduet is Norvasc and Lipitor.  Lipitor**

9    **is just for hyperlipidemia, and Norvasc is**

10   **antihypertension.**

11       Q.    And the last one, Metoprolol?

12       **A.    Metoprolol, uh-huh, that's also**

13   **hypertensive drug, again, with other indications too.**

14       Q.    Sure.  Okay.

15                    (Court Reporter marked Issa

16                    Exhibit 2.)

17   BY MR. WIT:

18       Q.    Okay.  Showing you what has been marked

19   as Issa Deposition Exhibit 2, which is another letter

20   from you to Dr. Hiestand, this is one dated October 31

21   of '07, which I believe reflects a visit you had with

22   Mr. Wurzel on October 30; is that correct?

23       **A.    Correct.**

24       Q.    Are you scheduling, at this point in time

1  now, regular visits for Mr. Wurzel, or are these more

2  episodic in nature?

3       **A.    More episodic in nature.**

4       Q.    Okay.

5       **A.    Because after his normal CAT scan of the**

6  **heart, we had him go back and see his primary care**

7  **doctor.**

8       Q.    Okay.

9       **A.    So this problem most likely was an**

10  **add-on, because he was recently seen in the emergency**

11  **room for recurrence of his chest pain.**

12       Q.    He was seen in the emergency room

13  immediately prior to your seeing him on October 30?

14       **A.    Correct, yeah.**

15       Q.    For the same -- for chest pain?

16       **A.    For the chest pain, yeah.**

17       Q.    And that caused him to schedule another

18  appointment with you?

19       **A.    Correct.**

20       Q.    All right.  And you indicate in the

21  letter here that he's having recurrent bouts of

22  substernal chest pressure?

23       **A.    Uh-huh.**

24       Q.    What do you mean by that?

Page 35

1    **A.    Of chest pain.**

2    Q.    Okay.  Recurrent?

3    **A.    Recurrent.**

4    Q.    Any indication there in terms of how

5    often it's occurring?

6    **A.    I mean, basically, me, I did not include**

7    **that in the letter, but he have recurrent bouts of**

8    **chest pain.  I did not include the frequency.**

9    Q.    Did you know how often it was recurring?

10    **A.    I'm pretty sure at that time when I saw**

11    **him I knew, but I probably did not include -- I did**

12    **not include that in the letter.  But to me, I felt he**

13    **was having enough symptoms to warrant further**

14    **evaluation.**

15    Q.    And that further evaluation was --

16    **A.    Cardiac catheterization.**

17    Q.    All right.  And apparently, he's still

18    taking it -- if I read this letter, he's still taking

19    nitroglycerin.  You indicate, His symptoms relieved

20    promptly with nitroglycerin.

21    **A.    Yes.**

22    Q.    Is that still pursuant to a prescription

23    from Dr. Hiestand or is that from you?

24    **A.    No, Dr. Hiestand.**

1    Q.    Have you prescribed any course of

2  treatment or medication for Mr. Wurzel at this point?

3        **A.    Until that time, no.**

4    Q.    No.  Did Mr. Wurzel describe to you what

5  happened to him in relation to his having to go to the

6  emergency room, other than to say that it was the

7  result of chest pain?

8        **A.    No.  I did not.  I do not recall.**

9                MR. WIT:  Okay.  We'll go on to

10                the next one.

11                (Court Reporter marked Issa

12                Exhibit 3.)

13  BY MR. WIT:

14    Q.    Dr. Issa, this is deposition Exhibit 3,

15  your letter to Dr. Hiestand dated December 13, 2007,

16  reflecting a visit you had with Mr. Wurzel on December

17  5th; is that correct?

18        **A.    Correct.**

19    Q.    Now, at this point in time, the

20  Prinzmetal angina had been diagnosed?

21        **A.    Yes.**

22    Q.    Because looking at the chart, I think

23  that the cardiac catheterization occurred in early

24  November of '07?

Page 37

1      A.    Correct.  After my last visit, yes.

2      Q.    Right, right.  Shortly after your visit

3 on October 30th.

4      A.    Uh-huh.

5      Q.    You indicate here that, "He had multiple

6 spasms in his LAD during his cardiac catheterization."

7            What is the LAD?

8      A.    That is the left anterior descending

9 artery.  That is that artery that supplies the

10 internal wall of the heart.

11     Q.    Okay.  And you also indicate -- I'm

12 sorry.

13            You indicate, "He has had rare episode of

14 chest pain that relieved with nitroglycerin."  That's

15 the last sentence in the history section.

16     A.    Yeah.

17     Q.    What do you mean by "rare"?

18     A.    Two or three times per month.

19     Q.    Two or three times per month is rare?

20     A.    Yeah.

21     Q.    All right.

22     A.    It's not occurring on a daily basis.

23 "Rare," or probably I should have said "infrequent."

24 But I did not quantify the amount of frequency.

1    Q.    Sure.  I see that.  So "rare" would be

2  two to three times per month.  What would "frequent"

3  be?

4        **A.    Frequent, daily.**

5    Q.    All right.  And so this -- is this what

6  Mr. Wurzel, then, has reported to you that he had been

7  having?

8        **A.    Correct.**

9    Q.    All right.  Now, is there -- is there a

10  difference between stable versus unstable angina?

11        **A.    Correct.**

12    Q.    Are those two terms of art, so to speak?

13        **A.    Correct, yeah.**

14    Q.    What is stable angina?

15        **A.    Stable angina is when the patient have**

16  **predictable frequency of his symptoms; unstable angina**

17  **when the patient start having increased frequency of**

18  **his symptoms, increased duration of his symptoms, and**

19  **also new type of discomfort.**

20    Q.    What do you mean by "new type of

21  discomfort"?

22        **A.    Patient having classic -- any new**

23  **description of his chest pain, any kind of new pain,**

24  **as we describe that.**

Page 39

1      Q.    Okay.  Would stable angina be what would

2   normally be associated with angina pectoris, the form

3   of angina that's associated with exertion?

4      A.    With exertion, that patient, we do not

5   need to increase -- we do not need to adjust their

6   medications.  They can predict when their symptoms

7   come.

8      Q.    You know when it's going to happen?

9      A.    Correct.

10     Q.    Would unstable angina be normally

11  associated with the Prinzmetal type where the spasms

12  are unpredictable and can occur at rest?

13     A.    It can occur at rest, yeah.  But -- sure.

14  I mean, we could consider Prinzmetal as -- start

15  having recurrence.  But that's where we're talking

16  about totally different etiology.  We are talking

17  about angina pectoris from atherosclerotic disease,

18  from coronary artery disease.  So that would not

19  follow the classic description.

20     Q.    What would not follow?  I'm sorry.

21     A.    The Prinzmetal angina, because it's just

22  really -- Prinzmetal angina does not occur with

23  exertion.

24     Q.    Right.  But I guess what I'm trying to

1    figure out is whether or not Prinzmetal angina is

2    normally associated with the unstable type of angina?

3          **A.    It would not, because it's a different**

4    **kind of symptom.  No, we don't classify it as such.**

5          Q.    Okay.  How is it classified?

6          **A.    Again, it's due to spasm.  When we're**

7    **talking about the definition of unstable angina, we're**

8    **describing the patient who have atherosclerotic**

9    **coronary artery disease.**

10         Q.    All right.

11         **A.    But we are dealing here with a spasm kind**

12   **of nature.  We're not dealing with the same etiology.**

13         Q.    I understand.  Did you discover any level

14   of coronary artery disease with Mr. Wurzel?

15         **A.    No.**

16         Q.    None?

17         **A.    None.**

18         Q.    Now, there are points in time where

19   Mr. Wurzel sees another doctor in this practice; is

20   that correct?

21         **A.    Uh-huh.**

22         Q.    I think he's also seen Dr. Rough and

23   Dr. Stockton?

24         **A.    Whoever is covering for me.  We have a**

Page 41

1   practice in Fremont, so whatever doctor is working

2   that day, then the patient would be seen.

3           Q.    Okay.

4           A.    That's part of our group.

5                         (Court Reporter marked Issa

6                         Exhibit 4.)

7   BY MR. WIT:

8           Q.    Okay.  Exhibit 4, I guess, is this same

9   type of letter, except in a different format.  Are you

10  familiar with this format?

11          A.    Yes.

12          Q.    Now, this reflects a letter that you

13  drafted for Dr. Hiestand.  The letter is dated

14  3-13-08, if I'm reading this correctly.

15          A.    Correct.

16          Q.    And actually, that also refers to the

17  date when you saw Mr. Wurzel on this occasion; is that

18  right?

19          A.    Yes.

20          Q.    Now, is this a regularly scheduled visit

21  at this point?

22          A.    Yes.

23          Q.    If I look through the chart, it appears

24  that you're scheduling visits with Mr. Wurzel every

1 three months or so.  Does that sound about right?

2        **A.        Probably.**

3        Q.    Is that consistent with someone you're

4 treating for Prinzmetal angina?

5        **A.        Yes.**

6        Q.    Now, the format that we're looking at

7 here, what is -- why do we see this in this format

8 versus the previous letter that we --

9        **A.        Because now we've gone to electronic**

10 **computer.**

11        Q.    Is this the type of format that you were

12 describing before in terms of -- when I asked you

13 whether or not that was something more detailed --

14        **A.        I thought we had electronic back then,**

15 **but I -- yeah.**

16        Q.    I think you did.  I mean, I've just shown

17 you a different --

18        **A.        Yes.  I mean, that's why -- I can't**

19 **remember when we had the electronic charting to work**

20 **with the system.  So I was expecting something like**

21 **this.**

22        Q.    Okay.  All right.  I suppose this is more

23 detailed to the extent that it breaks down the review

24 of systems, whereas your letters do not?

Page 43

1    **A.**    **Yeah.**

2    Q.    But as I read it, the descriptions in

3  terms of the history of present illness and what the

4  patient may have described to you during the visit,

5  that remains the same between the electronic format

6  and the letter?

7    **A.**    **Correct.**

8    Q.    So this is the next time that you see

9  Mr. Wurzel following your visit in December?

10    **A.**    **Correct.**

11    Q.    All right.  So it's been -- now, at this

12  point, have you -- have you prescribed -- actually, it

13  looks like, as of December, you prescribed

14  nitroglycerin -- Nitrolingual?

15    **A.**    **Uh-huh.**

16    Q.    Is that right?

17    **A.**    **Yes.**

18    Q.    I'm looking back at your letter from

19  December 13.

20    **A.**    **Okay.**

21    Q.    Nitrolingual, .4 milligrams p.r.n.

22    **A.**    **Uh-huh.**

23    Q.    What does p.r.n. stand for?

24    **A.**    **As needed.**

1        Q.    And .4 milligrams, is that a typical

2  dosage?

3        **A.**    **Yes.**

4        Q.    And how is that -- how is Nitrolingual

5  taken?

6        **A.**    **Sublingual.**

7        Q.    Meaning?

8        **A.**    **Underneath the tongue.**

9        Q.    It dissolves?

10        **A.**    **Let dissolve underneath the tongue.**

11        Q.    How many of those -- it comes in like a

12  tablet form?

13        **A.**    **25 tablets.**

14        Q.    Do you give him a refill on that if he

15  needs it?

16        **A.**    **Yes.**

17        Q.    How many?

18        **A.**    **I do not recall.  Usually we give 11**

19  **refills for the patient.  I would -- each bottle has**

20  **25, but how frequent -- I mean, that's a standard.**

21        Q.    Okay.  Do you know how often Mr. Wurzel

22  refilled the prescription?

23        **A.**    **No.**

24        Q.    Would there be records of that somewhere

Page 45

1   in your office?

2           **A.    No.**

3           Q.    And Procardia, is that also for the

4   angina?

5           **A.    Correct.**

6           Q.    What is that?

7           **A.    It's a calcium channel blocker that**

8   **relieves the spasm.**

9           Q.    So that's more preventative in nature?

10          **A.    Correct.**

11          Q.    And Procardia XL, one by mouth daily, how

12  does that compare to a normal -- strike that.

13              Is that a typical prescription for --

14          **A.    Actually, it's a small dose, too.**

15          Q.    Small dose?

16          **A.    Yes.**

17          Q.    What would be a normal dose?

18          **A.    You always start with a small dose,**

19  **because also Procardia is antihypertensive agent.  So**

20  **I don't want to prescribe a drug that could cause the**

21  **patient to have hypotension and have dizziness**

22  **symptoms.  So usually we start with 30 and titrate up**

23  **a half milligram on Procardia.**

24          Q.    So referring back to your March '08

1  visit, there are a couple of other medications listed,

2  aspirin and fish oil.  What are those designed to do

3  in Mr. Wurzel's circumstance?

4      **A.    I mean, aspirin I prescribe because it**

5  **was -- since he is smoker, I felt it would be good**

6  **idea just to have it, to prevent stroke and also**

7  **myocardial infarction.**

8            **Fish oil is antioxidant, and I prescribe**

9  **majority of my patient that have also hyperlipidemia.**

10     Q.    Are you familiar with any side effect

11  associated with the medications you've prescribed to

12  Mr. Wurzel as of March of '08?

13     **A.    What is your question?  Are you asking**

14  **about if he had complained of any side effects?**

15     Q.    No, whether or not the medications he's

16  taking at this point in time are associated with any

17  particular side effects or potential side effects.

18     **A.    I mean, absolutely.  Anytime I have**

19  **prescribed a patient medication, I'm aware --**

20     Q.    What are the kind of side effects for the

21  nitroglycerin?

22     **A.    Headache and hypotension.**

23     Q.    Dizziness?

24     **A.    Dizziness could be as a result of**

Page 47

1  hypotension, which could lead to dizziness,

2  lightheadedness.

3          Q.    Okay.  And what about the Procardia?

4          A.    Usually patients complain of edema in the

5  lower extremity.

6          Q.    What does that mean?

7          A.    Swelling in the legs.

8          Q.    Uh-huh.

9          A.    Also, patient could complain of headache,

10  other thing could be dizziness.  I said that's why we

11  started with a small dose, just to make sure the

12  patient going to be able to tolerate.

13          Q.    Of course.

14          A.    And dizziness, lightheadedness, typically

15  there's more predictable pattern to it, and the

16  patient will describe orthostatic changes.  That's

17  when they change position, they get more dizzy,

18  lightheaded.

19          Q.    Do you know or do you recall whether

20  Mr. Wurzel complained to you of experiencing any

21  dizziness or lightheadedness?

22          A.    I don't recall that.

23          Q.    You don't recall one way or another or,

24  no, he didn't?

1      **A.      I don't recall he complained of**

2   **dizziness.  Again, I don't have it in the chart, so I**

3   **don't recall.**

4      Q.    All right.  Would that -- had he

5   complained of that type of symptom, would that be

6   something you would normally record in these -- the

7   documents we're looking at?

8      **A.    Typically, yes.**

9      Q.    All right.  Do you know if any of the

10  medications in question come with any type of warning

11  or caution about operating heavy machinery?

12     **A.    I'm not aware of anything.  I mean, I'm**

13  **not aware of that, because usually both Procardia and**

14  **nitrate is a very benign drug, and most of the -- very**

15  **well-tolerated drugs, as well.**

16     Q.    Do you know if they come with any type of

17  cautionary or warning that they may cause dizziness?

18     **A.    Well, I'm pretty sure if you look it up**

19  **in the PDR, any drug, even Tylenol, is going to give**

20  **you a warning.**

21     Q.    Sure.

22     **A.    So, I mean, sure, that's why the patient,**

23  **they get the printout from the pharmacy.  But again,**

24  **just if you look at any drug, PDR is going to show you**

Page 49

1    **this, this, and this.  But this is not the typical**

2    **things that we expect with those kind of drugs.**

3         Q.    Okay.  So you indicate in your March '08

4    letter that, I guess, "Since last visit, he had rare

5    episodes of chest tightness, relieved promptly with

6    nitroglycerin, otherwise denied any cardiac symptoms."

7              So, again, the rare episode would, to

8    you, mean two to three times a month?

9         A.    **Month, yeah.**

10        Q.    "Otherwise denied any cardiac symptoms."

11   What do you mean by that?

12        A.    **Such as syncope.**

13        Q.    Meaning?

14        A.    **Loss of consciousness.**

15        Q.    Okay.  So he said he hadn't passed out?

16        A.    **No passing out, no.**

17        Q.    And this is what Mr. Wurzel reported to

18   you?

19        A.    **Correct, yeah.**

20        Q.    So do I -- so if I understand -- if I

21   interpret this sentence, do you mean that Mr. Wurzel

22   has told you that between December and March he's had

23   approximately two to three spasms per month and has

24   not lost consciousness?

1       **A.**    **Correct.**

2       Q.    And that, to you, indicated rare

3  episodes?

4       **A.**    **I thought he was doing -- he was very**

5  **stable on the medication, yes.**

6       Q.    Okay.  Now, stable, not in the sense that

7  he could predict when the spasms would occur, right?

8       **A.**    **I mean, nobody can predict that.**

9       Q.    Right.  So what do you mean -- when you

10  say you thought he was stable, what do you mean?

11       **A.**    **Because I did not feel there was any**

12  **reason to adjust his medication.  If I felt he was**

13  **unstable in any way, then I would have considered**

14  **changing his medication or his dosage.  So I felt that**

15  **he could be as stable as possible.**

16       Q.    Did Mr. Wurzel indicate to you that he

17  had had to go to the health center at his job because

18  of a spasm during this period of time?

19       **A.**    **No, it's not in the letter, so I don't**

20  **remember.**

21       Q.    Okay.  That he had a spasm to such a

22  degree that he felt he couldn't work anymore, did he

23  tell you that?

24       **A.**    **No.**

Page 51

1        Q.    Okay.  Had he --

2        **A.    I don't recall.  It's not in the letter.**

3        Q.    Had he told you information such as that,

4 would that have changed your opinion about the

5 severity or nature of the condition at that point?

6        **A.    I would have considered adjusting his**

7 **medication.**

8        Q.    In what regard?

9        **A.    Increase the dosage on the Procardia.**

10        Q.    Okay.  I guess had Mr. Wurzel been having

11 more frequent episodes than he was telling you, how

12 might that have changed your opinion or

13 recommendations in terms of the course of treatment?

14        **A.    I mean, just basically he just needed a**

15 **medication adjustment.  And the other thing is just,**

16 **to me, he was not -- he did not have any admission to**

17 **the hospital in the meantime, either.  Again, as far**

18 **as I know.**

19        Q.    As far as you know?

20        **A.    Correct.**

21                MR. WIT:  All right.  This was a

22                document that previously has been marked.

23                I suppose we can mark it again.

24                (Court Reporter marked Issa

1        Exhibit 5.)

2  BY MR. WIT:

3        Q.    This is Issa Deposition Exhibit 5.   Are

4  you familiar with this document?

5        **A.    Yes.**

6        Q.    This is, as I read it, a release for

7  Mr. Wurzel to return to work in connection with your

8  March 13th appointment with him?

9        **A.    Yes.**

10       Q.    All right.  How did it come about that

11 you provided this release to Mr. Wurzel?  Do you

12 understand what I'm asking?

13       **A.    Yeah.  I think the nurse just asked me if**

14 **the patient could -- again, I was asked to see if the**

15 **patient could go back to work, and I felt the patient**

16 **was stable to go back to work.**

17       Q.    Okay.

18       **A.    And then I -- HealthLink, they asked me**

19 **to provide something --**

20       Q.    HealthLink?

21       **A.    HealthLink is just a patient's -- the**

22 **employers.  So they asked me to provide a letter that**

23 **I feel the patient is able to go back to work, and**

24 **that's what I did.**

Page 53

1    Q.    Okay.   There is a lot of writing on this

2    document.

3         **A.    Yes.**

4         Q.    And from my vantage point, at least, it

5    appears to be many different handwritings.

6         **A.    Yes.**

7         Q.    Did you write any portion of this

8    document?

9         **A.    I told my nurse to write it down, and I**

10   **just signed it, yeah.**

11        Q.    So is the signature under Sincerely, is

12   that yours?

13        **A.    It's mine, yeah.**

14        Q.    But you didn't write your name below

15   that, did you, Dr. Mark Issa, there?

16        **A.    No.**

17        Q.    No.   Do you know who wrote the rest of

18   this document?

19        **A.    A portion of it, my nurse wrote it, yeah.**

20   **It's my nurse, yeah.**

21        Q.    Do you know which portion your nurse

22   wrote?

23        **A.    The one, "Patient is not at any more risk**

24   **for sudden incompasation [sic]," that one she wrote;**

1  **and then the patient's name; the "angina"; and the**

2  **rest, and "Fax to Whirlpool," but the rest of --**

3       Q.    Who wrote, "Ok to drive a forklift or tow

4  motor," do you know?  If you don't, that's fine.

5       **A.    I don't recall, no.  It's not my**

6  **handwriting.**

7       Q.    Do you recognize that as your nurse's

8  handwriting, or you don't know?

9       **A.    I don't.**

10      Q.    All right.  What's the name of your

11  nurse?

12      **A.    Sara Michael.  I think -- I think that's**

13  **her handwriting.**

14      Q.    I don't mean to be hypercritical here,

15  but I notice -- I think -- is "incompasatation,"

16  that's not a medical term?

17      **A.    No.**

18      Q.    Is that just a misspelling of

19  "incapacitation"?

20      **A.    Yes.**

21      Q.    And when you signed the document, do you

22  recall what was written on it?

23      **A.    Basically, I just told her to say that**

24  **he's okay to go back to work, so -- unless HealthLink**

Page 55

1    **specifies what they want from us to write.**

2         Q.    Yeah.  I guess what I'm asking you is

3    whether or not -- you don't recall what was written on

4    the document when you signed off on it?

5         **A.    I read the statement, but I did not pay**

6    **attention to this typo, the spelling, I mean.**

7         Q.    That's not what I'm asking.  I'm just

8    basically -- I guess do you know if, "Ok to drive a

9    forklift or tow motor" was on there when you signed

10   it?

11        **A.    I'm not sure.**

12        Q.    All right.  And when -- the verbiage,

13   Patient is not at any more risk for sudden

14   incapacitation, I guess what is meant by "sudden

15   incapacitation," loss of consciousness?

16        **A.    Loss of consciousness, yeah.**

17        Q.    Would that also encompass dizziness or

18   lightheadedness or fatigue?

19        **A.    Correct.**

20        Q.    It would?

21        **A.    I mean, anything that could unable him**

22   **from performing his job.**

23        Q.    Okay.  Now, this sentence here says,

24   Patient not at any more risk for sudden incapacitation

1    than any other patient being treated for angina.

2                  So Mr. Wurzel is being compared to other

3    individuals with angina?

4         **A.     Yes.**

5         Q.    All right.  Is an individual who suffers

6    from angina, or Prinzmetal angina to be more specific,

7    since that's what we're dealing with here, at greater

8    risk for sudden incapacitation than an individual with

9    no heart condition at all?

10        **A.     Slightly higher risk, yes.**

11        Q.    And so per this language, Mr. Wurzel is

12   at the same risk for sudden incapacitation as any

13   other person suffering from angina?

14        **A.     Correct.**

15        Q.    But he's at a greater risk for sudden

16   incapacitation than someone who does not suffer from

17   angina, would that be accurate?

18        **A.     Correct.**

19        Q.    So why is -- I guess, why he is being

20   compared here to another individual with angina as

21   opposed to someone who doesn't suffer from angina?

22        **A.     Basically I cannot say that his -- well,**

23   **because he's on medication for angina, so I cannot say**

24   **it's normal.**

Page 57

1      Q.    Okay.

2      **A.    That's my statement.  It's not completely**

3  **normal, no.**

4      Q.    All right.

5      **A.    But at the same time, it's just, I felt,**

6  **just taking nitro on p.r.n. basis is not a disabling**

7  **condition for a patient to not allow him to perform**

8  **his job.  That's how I felt.**

9      Q.    Okay.  Now, prior to authorizing this

10  release, did you speak with Mr. Wurzel about what his

11  job responsibilities were at Whirlpool?

12      **A.    Briefly.**

13      Q.    Okay.

14      **A.    And from what I recall from our**

15  **conversation, that he felt that he was able to perform**

16  **the job.**

17      Q.    He felt he was able?

18      **A.    Yes.**

19      Q.    Okay.

20      **A.    I never had any indication from him that**

21  **he was unable to perform his job.**

22      Q.    Understood.  What -- what did he tell you

23  about what he did, what his job responsibilities were

24  at Whirlpool prior to you authorizing this release on

1    March 13, '08?

2         A.    I mean, I thought mainly just -- nothing

3    that physical, that's what I remember.  Nothing that

4    physical, just drive and operate machines.

5         Q.    Did he tell you what type of vehicle he

6    drove?

7         A.    We did not discuss that.

8         Q.    Did he tell you what type of machinery he

9    operated?

10        A.    I did not ask this question either.  And

11   the other thing, I just -- we basically -- when the

12   patient comes from follow-up, we ask if the patient

13   able to perform the job.

14        Q.    You ask the patient that?

15        A.    I mean the patient, yeah.

16        Q.    Are you familiar with the work

17   environment on the factory floor at Whirlpool?

18        A.    No, I'm not.

19        Q.    And I'm talking about the plant in Clyde,

20   Ohio.

21        A.    No, I'm not.

22        Q.    Okay.  Did he describe for you at all

23   what the factory environment was within which he

24   worked?

Page 59

1      A.    No.  And I don't think I even asked the

2  question.

3      Q.    So are you authorizing him to return to

4  work solely on the basis of his indication to you that

5  he felt he could do his job?

6      A.    Both indication and his symptoms.  I felt

7  he's done fairly well, cardiac-wise, that he's able to

8  perform his job, yes, for any kind of job, actually.

9  It's not -- I did not even specify the job.  I said

10  any kind of job, because I did not put him on any kind

11  of restriction.

12      Q.    Right.  Were you aware at this point that

13  the type of vehicle Mr. Wurzel operated was a forklift

14  or a towmotor?

15      A.    I said I didn't ask.  Because I did not

16  put him on any kind of restriction, it really did not

17  matter.  I did not feel that there was really a

18  restriction on him.

19      Q.    So had you known, I guess, that he

20  operated a towmotor or a forklift in a factory

21  environment where he was in constant proximity to

22  pedestrians and machinery, that would not have changed

23  your opinion about his ability to return to work?

24      A.    No.  I felt he was doing well.

1    Q.    And not to belabor this, but also, had

2  you known that his position involved the operating of

3  heavy machinery, which operated on an automatic

4  basis -- in other words, you couldn't simply and

5  easily turn it on and off -- that would not have

6  changed your opinion either?

7         **A.    Correct.**

8    Q.    And do you know Dr. Robert Marshall?

9         **A.    I know Dr. Marshall, yes.**

10   Q.    How do you know him?

11        **A.    From work in Fremont.**

12   Q.    Do you know him by professional

13  reputation?

14        **A.    Correct.**

15   Q.    Do you have an opinion of his

16  professional reputation?

17        **A.    I mean, he's a good doctor.  And he's**

18  **also -- I mean, we know each other socially.  He was**

19  **on the faculty at Fremont Hospital.**

20   Q.    All right.

21        **A.    And I know him through other --**

22   Q.    Okay.  Were you aware that Dr. Marshall,

23  despite your release on March 13, '08, would not or

24  did not release Mr. Wurzel to return to work in order

Page 61

1   to drive a tow motor or forklift?

2        A.    I've heard that, yes.

3        Q.    And that he wouldn't release Mr. Wurzel

4   to do so unless he was spasm-free for at least six

5   months.  Does that ring a bell?

6        A.    Again, I don't recall that.

7        Q.    All right.  Do you have any understanding

8   in terms of why Dr. Marshall did that?

9        A.    I felt probably that's the criteria that

10  he follows for patient -- probably Whirlpool has

11  certain criteria for patients who go back to work.  So

12  every employer has different criteria, so --

13       Q.    Do you have any opinion in terms of

14  whether or not Dr. Marshall's course of action in that

15  regard was reasonable or unreasonable, given

16  Mr. Wurzel's condition?

17       A.    Again, I thought -- to me, I could say

18  that as a patient of mine, I felt he was able to

19  perform his work.  And then it's really up to the

20  company and Dr. Marshall to decide if they feel

21  they're comfortable having him go back to work or not.

22  So that's all that's involved.

23       Q.    So are you telling me, then, that you

24  have no opinion on whether Dr. Marshall's course of

1    action was reasonable or unreasonable?

2          **A.    I thought it was unreasonable.**

3          Q.    Unreasonable?

4          **A.    Yes.**

5          Q.    So you felt Mr. Wurzel could perform --

6          **A.    His job, yes.**

7          Q.    Did you have any discussion with

8    Dr. Marshall at this time surrounding this

9    disagreement?

10         **A.    No, I don't recall that.**

11         Q.    Okay.  Do you have an understanding in

12   terms of -- I might have asked this already, in terms

13   of why Dr. Marshall imposed this restriction upon

14   Mr. Wurzel?

15         **A.    No.**

16                    **(Court Reporter marked Issa**

17                    **Exhibit 6.)**

18   BY MR. WIT:

19         Q.    This Exhibit 6 is another release to

20   return to work, dated the same date, but this one is

21   just in printed form.

22                Do you know, when looking at Exhibits 5

23   and 6, which document goes where, or what each

24   document is for?

Page 63

1    A.    I think this is a form that we provided

2  first.

3        Q.    Exhibit 5 or 6?

4    A.    Exhibit 6.

5        Q.    Okay.  And who -- to whom do you provide

6  that?

7    A.    Dr. Marshall, to the HealthLink, or the

8  patient's employer.

9        Q.    Okay.  All right.  And then Exhibit 5,

10  where does that go?

11    A.    They're both dated the same day, so I

12  wonder -- this is initial release to go back to work

13  that we provided, and Dr. Marshall wanted something

14  more specified.

15        Q.    Is that what happened, or is that --

16    A.    That's what happened, I'm pretty sure.

17        Q.    All right.  Was that -- your explanation

18  in that regard, is that pursuant to a conversation

19  that you had with Dr. Marshall?

20    A.    Or my staff had had with Dr. Marshall's

21  staff.  It doesn't mean that I spoke with

22  Dr. Marshall.  It would be just his nurse spoke with

23  my nurse.

24        Q.    You have no recollection of speaking with

1  Dr. Marshall on this occasion?

2       **A.    I don't recall.**

3       Q.    One way or another?

4       **A.    Again, I'm not sure.**

5       Q.    All right.  So I have your next, I

6  guess -- I think this is your next regularly scheduled

7  visit with Mr. Wurzel on June 17, '08.  I'll show you

8  the letter.

9                        (Court Reporter marked Issa

10                       Exhibit 7.)

11  BY MR. WIT:

12       Q.    Showing you what is marked as Exhibit 7,

13  does this letter reflect your next regularly scheduled

14  visit with Mr. Wurzel?

15       **A.    Yes.**

16       Q.    Now, are you aware that you're seeing him

17  on June 17 was the same day that he had had a spasm at

18  work?

19       **A.    Probably.  But, again, it's just from the**

20  **letter.  It says that he's had increased frequency of**

21  **his symptoms.**

22       Q.    Right.  Increased -- how much had they

23  increased?  Do you recall what Mr. Wurzel reported?

24       **A.    It said now he is having on daily basis.**

Page 65

1    Q.   Daily?

2    **A.   Uh-huh.**

3    Q.   So that would now fall outside of the

4  rare spectrum?

5    **A.   Correct.**

6    Q.   And is that unusual for this type of

7  condition for spasms to occur on a daily basis?

8    **A.   I mean, again, what's -- Prinzmetal is**

9  **very unpredictable.  We cannot predict how often it's**

10  **going to happen.**

11    Q.   All right.  Is the level of frequency

12  that Mr. Wurzel is describing to you, is that an

13  indicator in terms of the nature or severity of his

14  condition?

15    **A.   It's -- it's not necessarily -- I mean,**

16  **it varies.  Like sometimes we see symptoms more**

17  **occur -- as I said before, that occur more at**

18  **nighttime, also seasonal, too.**

19    Q.   Seasonal?

20    **A.   Uh-huh.**

21    Q.   Okay.

22    **A.   I've seen people have more symptoms**

23  **certain seasons than others.**

24    Q.   Which seasons?

1      **A.   It varies.  I mean, spring.  Could be at**

2  **other times, too.**

3      Q.   Did you have any conversation with

4  Mr. Wurzel during this visit about how many attacks

5  he's been having while at work?

6      **A.   We didn't talk about work, because I**

7  **basically -- he just mentioned that they're occurring**

8  **on a daily basis to me.**

9      Q.   All right.  So there was no discussion

10  about his work at all?

11      **A.   No.  Just basically -- we didn't talk**

12  **about work at all.  He just wanted to control his**

13  **symptoms.**

14      Q.   So you didn't know what job Mr. Wurzel

15  was performing at the time?

16      **A.   No.**

17      Q.   Would that be correct?

18      **A.   Correct.**

19      Q.   Were you aware that he had been

20  describing his spasms -- well, strike that.

21      Were you aware that he had visited the

22  health center at work associated with his spasms?

23      **A.   Again, I don't recall.  I mean, I just --**

24  **there was nothing in my letter, so --**

Page 67

1  Q.    Okay.

2  **A.    And to me, that was -- he just was having**

3  **frequent symptoms, so I didn't include.**

4  Q.    Well, did Mr. Wurzel ever tell you that

5  he described his symptoms to the health center as

6  including dizziness and lightheadedness?

7  **A.    I don't recall that dizziness,**

8  **lightheaded, because that's not in my letter.**

9  Q.    And if I understood your previous

10  testimony, that would be uncommon with Prinzmetal for

11  someone to have dizziness or lightheadedness

12  associated with the spasm?

13  **A.    Correct, yeah.**

14  Q.    So had you known that Mr. Wurzel was

15  identifying those symptoms in conjunction with his

16  condition, would that have changed your diagnosis or

17  course of treatment of him?

18  **A.    I probably would have considered some**

19  **other testing, too.**

20  Q.    Mr. Wurzel had his deposition taken back

21  in September, and I will tell you that he also

22  described dizziness and lightheadedness and fatigue as

23  symptoms he experienced in connection with his angina.

24         What -- knowing that, does that change

1   your opinion or potential course of treatment of

2   Mr. Wurzel?

3       **A.    I probably could have considered**

4   **adjusting his medication or could have done like a**

5   **long-term monitor, like a Holter monitor, to see if**

6   **we're dealing with any kind of arrhythmia as a cause**

7   **of his symptoms.**

8       Q.    Arrhythmia?

9       **A.    Yes.**

10      Q.    And --

11      **A.    Arrhythmia could mean a lot of things.  I**

12  **mean, could be considered arrhythmia, supraventricular**

13  **tachycardia.  Again, just to include that will not**

14  **give you with any type arrhythmia as a cause of him**

15  **symptom.**

16      Q.    All right.  And how would you adjust his

17  medication to account for dizziness or lightheadedness

18  or fatigue, symptoms such as that?

19      **A.    Again, it just depends on what we find.**

20              **(Court Reporter marked Issa**

21              **Exhibit 8.)**

22  BY MR. LANDRY:

23      Q.    Before we get to this document, just to

24  follow up on the line of questioning I was just going

Page 69

1   through --

2           **A.    Yeah.**

3           Q.    -- had you known that Mr. Wurzel was

4   experiencing dizziness, lightheadedness, fatigue, in

5   connection with his spasms, would that have changed

6   your opinion of his ability to return to work?

7           **A.    Would have, yes.**

8           Q.    It would have?

9           **A.    It would have, yes.**

10          Q.    In what regard?

11          **A.    I mean, if he's a machine operator, I**

12  **mean, that would be -- if he's having like dizziness,**

13  **lightheadedness, and especially if he had taken**

14  **nitroglycerin, that could aggravate his dizziness.**

15          Q.    And so it would be unsafe for him to

16  operate the machinery?

17          **A.    Possibly.**

18          Q.    Or for him to operate the towmotor?

19          **A.    Possibly.**

20          Q.    Especially around other people, right?

21  Unsafe for himself and individuals around him?

22          **A.    It's possible.**

23          Q.    Okay.  In those circumstances, if

24  Mr. Wurzel is experiencing dizziness or

1 lightheadedness or fatigue, might it also be unsafe

2 for him to be working in an unsupervised area; in

3 other words, by himself, when he's working around

4 heavy machinery, moving equipment?

5     **A.    Again, it all depends on the severity of**

6 **the dizziness, too.  It's just some people might feel**

7 **like slightly lightheaded.  To me that's not really --**

8     Q.    But is it possible that that would be

9 unsafe in those circumstances for him to be working by

10 himself?

11     **A.    It's possible.**

12     Q.    Okay.  Let's talk about Exhibit 8 for a

13 moment.

14     **A.    Uh-huh.**

15     Q.    This is a release to return to work

16 signed by Dr. Roush in October of '08.

17     **A.    Uh-huh.**

18     Q.    So you didn't see Mr. Wurzel in September

19 or October of '08?

20     **A.    No.  Probably was out of town, and**

21 **Dr. Roush was covering for me, then.**

22     Q.    Do you recognize any of the handwriting

23 on this document?

24     **A.    I think it's the same nurse who wrote the**

Page 71

1  **first statement.**

2      Q.   I notice, yeah, the same misspellings are

3  present on this one.

4      **A.   Yeah.**

5      Q.   But, I mean, the handwriting, to me, if

6  you compare Exhibits 5 and 8, are different.  Is

7  there -- is there more than one -- and feel free to

8  look at both documents.

9      **A.   Yeah.  Again, as I say, we have several**

10 **nurses working in the office.**

11     Q.   Okay.  I guess -- it struck me as unusual

12 that two different nurses would so grossly misspell

13 "incapacitation" in the same way.  I'm wondering, is

14 it common for one nurse just to copy what another

15 nurse has written?

16     **A.   I'm pretty sure.**

17     Q.   Do you know which nurses wrote these

18 documents?

19     **A.   No, I don't.  I know the first one, but**

20 **this one actually I'm not sure.**

21     Q.   And I notice on Exhibit 8, "forklift" is

22 also missing a "K."  And, you know, I'm not being

23 hypercritical here.  Is that unusual for nurses to get

24 those words wrong so significantly?

1      **A.     It's unusual.  Again, if she's busy, and**

2  **she's just writing --**

3      Q.     The initials here, and I'm looking at

4  Exhibit 8, are you familiar with those?

5      **A.     No, I'm not.**

6      Q.     Would a nurse generally initial a

7  document such that we could determine which nurse

8  wrote what?

9      **A.     No.**

10     Q.     Is there any way, any record, that would

11  reflect which nurse wrote which document of which

12  you're aware of?

13     **A.     I know the first one is Sara Michael;**

14  **second one, probably Jody Clark.**

15     Q.     Jody Clark?

16     **A.     Yeah, just because I've been working with**

17  **the same nurses for a long time.**

18     Q.     Sure, sure.  Are you familiar with the

19  circumstances surrounding Dr. Roush's release to

20  return Mr. Wurzel to work in October of '08?

21     **A.     No.**

22     Q.     Did you have any discussions with

23  Dr. Roush surrounding why he released Mr. Wurzel to

24  return to work?

Page 73

1        **A.    No.**

2        Q.    Do you recall speaking with Dr. Marshall

3   following Whirlpool's receipt of this return to work

4   in October of '08?

5        **A.    No.**

6        Q.    You have spoken to Dr. Marshall on

7   occasion about Mr. Wurzel, have you not?

8        **A.    Again, I just don't recall.**

9        Q.    You don't remember?

10        **A.    I don't remember.  I said it doesn't mean**

11   **that we did not speak.  We speak about so many**

12   **patients, and this could be him, somebody else.   I**

13   **don't recall that specifically.**

14        Q.    All right.  So as you sit here today --

15        **A.    Yeah.**

16        Q.    -- you have no independent recollection

17   of having spoken with Dr. Marshall about Mr. Wurzel on

18   any occasion?

19        **A.    I said it could be possible.  I said -- I**

20   **mean, we have our staff and his staff, we always**

21   **communicated about a lot of patients.  So I don't know**

22   **if I directly spoke with Dr. Marshall, or our staff**

23   **directly spoke with Dr. Marshall's staff.**

24        Q.    Okay.  Had you spoken with Dr. Marshall,

1   would there be a record anywhere of that conversation?

2           **A.      Not necessarily.**

3           Q.      Not necessarily.  And I ask you because I

4   don't have one.

5           **A.      Yeah, I don't -- that's what I'm saying.**

6   **It's just -- we speak with -- not every time I speak**

7   **with another colleague is it definite like that.**

8           Q.      All right.  So you wouldn't be able to

9   describe for me any conversation --

10          **A.      No.**

11          Q.      -- you had with Dr. Marshall about

12  Mr. Wurzel?

13          **A.      No.  I said I know Dr. Marshall very**

14  **well.  So it's just -- not every time I'm going to**

15  **discuss with him something, I'm going to record that.**

16  **It could be, but I just don't recall that.**

17          Q.      All right.  Were you aware at any point

18  in time that Dr. Marshall was or had concerns

19  associated with returning Mr. Wurzel to work for

20  safety reasons?

21          **A.      Yes.  We're aware of that.  That's why we**

22  **send the letter, and we felt our opinion was he was**

23  **stable.**

24          Q.      All right.  But you don't recall how you

Page 75

1    were aware of that, whether it was your staff telling

2    you, or whether Dr. Marshall telling you direct?

3         **A.    Correct, yeah.**

4         Q.    Do you recall what about Mr. Wurzel's

5    condition concerned Dr. Marshall?

6         **A.    Again, the understanding I got, because**

7    **he had to take nitroglycerin on p.r.n. basis, that's**

8    **my recollection about the whole thing.**

9         Q.    Okay.  And do you have any opinion in

10   terms of why a doctor would be concerned about that in

11   relation to doing factory work?

12        **A.    No.**

13        Q.    No.

14                        (Court Reporter marked Issa

15                        Exhibit 9.)

16   BY MR. WIT:

17        Q.    Before we get to this document --

18        **A.    Yes.**

19        Q.    -- how long, typically, would a spasm

20   last?

21        **A.    About five minutes, and they get**

22   **immediate relief with nitroglycerin.**

23        Q.    All right.

24        **A.    Again, that's usually, but there's always**

1    **exceptions.**

2         Q.    Yeah, I understand.  And I guess when I

3    ask you that question, I'm asking you in the general

4    or typical sense.

5         **A.    About five minutes.**

6         Q.    All right.  And typically, the spasm is

7    relieved by nitroglycerin?

8         **A.    Yes.**

9         Q.    How many tablets would an individual

10   typically have to take in order to relieve his or her

11   symptoms?

12        **A.    Sometimes it was just one nitroglycerin.**

13        Q.    Okay.

14        **A.    But you tell the patient they could take**

15   **up to three, five minutes apart.**

16        Q.    Up to three, five minutes apart?

17        **A.    Yes.**

18        Q.    And if the symptoms have not relieved --

19        **A.    Then they need to call, go to the**

20   **emergency room.**

21        Q.    They need to go to the ER, because what's

22   happening at that point, or what potentially is

23   happening at that point?

24        **A.    We don't know.  There is all -- again, it**

1 **could be just we're dealing with acute myocardial**

2 **infarction. That's what we always are concerned**

3 **about, the patient having myocardiac infarction.**

4      Q.    And while the spasm is occurring, within

5 that five-minute period while the patient is taking

6 nitroglycerin, does the individual typically

7 experience any symptoms other than chest pain?

8      **A.    Usually not.**

9      Q.    No. Does the individual typically

10 experience a heightened level of fatigue once the

11 spasm has concluded?

12      **A.    It could be related to nitroglycerin,**

13 **because the patient's taken the nitroglycerin.**

14      Q.    Does the nitroglycerin cause fatigue?

15      **A.    If the patient's blood pressure drops,**

16 **the nitroglycerin can cause some fatigue.**

17      Q.    Are you aware that Mr. Wurzel, on several

18 occasions after having experienced a spasm at work,

19 reported fatigue to such a degree that he had to go

20 home?

21      **A.    No, not to go home. Again, I just don't**

22 **recall those.**

23      Q.    Okay. Did you author -- well, strike

24 that.

1    So that wasn't something that you were

2  aware of?

3      A.    I don't recall that, no.

4      Q.    Had you been aware that that was

5  occurring, would that have changed the course of

6  treatment you prescribed for Mr. Wurzel?

7      A.    Possibly.

8      Q.    In what regard?

9      A.    I mean, again, probably would have needed

10  to adjust his medication further.

11     Q.    How so?

12     A.    I mean, I would have increased his

13  calcium channel blocker.

14     Q.    And what would that have done?

15     A.    To reduce the frequency of the spasm.

16     Q.    Okay.  Had you been aware of this fatigue

17  that he was experiencing, would that have changed your

18  opinion about his ability to -- to safely perform his

19  job at Whirlpool?

20     A.    Possibly.  Again, fatigue is just very

21  subjective term.

22     Q.    Sure.

23     A.    And it's just what he means by fatigue.

24  Is he lightheaded or dizzy?  It depends.  I mean,

Page 79

1    **"fatigue" itself is just a very subjective term.**

2         Q.   I understand.  But it could have changed

3    your opinion?

4         **A.   It could have possibly, yes.**

5         Q.   Does it cause you any concern that

6    Mr. Wurzel is not reporting any of these symptoms to

7    you, dizziness, fatigue, lightheadedness?

8                        MR. PEPPEL:  I'm going to

9                   object to the form of the question.  But

10                  you can answer.

11                       THE WITNESS:  Again, he could

12                  have reported the symptoms.  I don't have

13                  them documented in my notes.  It doesn't

14                  mean that he did not report those kind of

15                  symptoms.  It could be that he mentioned

16                  after he takes nitroglycerin, he gets

17                  dizzy.  Which I tell the patient, that's

18                  expected with the nitroglycerin, that

19                  it's going to drop the blood pressure

20                  slightly; which I instruct the patient

21                  that they need to sit down or lay down

22                  before they take the nitroglycerin.

23                       So as I said, it's not

24                  documented in my letter.  But he could

1          have mentioned that, because that's

2          something very common that we see in

3          someone that takes nitroglycerin, that he

4          might have some experience with mild

5          dizziness, so I don't feel that's

6          unusual.

7                    MR. WIT:  Can we take a short

8          break?

9                    MR. LANDRY:  Yeah, sure.

10                   (A brief recess was had.)

11   BY MR. WIT:

12        Q.   We're on Exhibit 9, I think, which is

13   your letter dated February 17, '09, reflecting a visit

14   you had on February 13.

15        **A.   Yes.**

16        Q.   So this would have been the next time you

17   see Mr. Wurzel after, I believe, June of '08; is that

18   right?

19        **A.   No, we're -- okay.**

20        Q.   I'm saying the next time you see him; is

21   that correct?

22        **A.   Yes.**

23        Q.   All right.  And was this a regularly

24   scheduled appointment?

Page 81

1       **A.      Yes.**

2           Q.    Now, I noticed on -- in this letter under

3       the diagnoses --

4       **A.      Uh-huh.**

5           Q.    -- that angina pectoris has been added,

6       and I hadn't -- and it hadn't appeared in any of your

7       prior correspondence.  And I guess my question is why?

8       **A.      I don't feel -- I wonder if -- I don't**

9       **know who put that in my impression.  Probably -- this**

10      **is a computer-generated thing.  So I don't know if it**

11      **was included by a nurse, or that someone entered that**

12      **diagnosis by a nurse or Dr. Roush.  But it's not me,**

13      **so --**

14          Q.    Is that erroneous?

15      **A.      No.  I don't know why it was entered**

16      **so -- yeah, it's a mistake.**

17          Q.    Mistake?

18      **A.      Yes.**

19          Q.    All right.  And then, Abnormal exercise

20      nuclear study, was that performed at some point?

21      **A.      No, that was indicating the same old one.**

22          Q.     Okay.  Because that also was added.

23      That wasn't on any of the -- oh, no, I'm sorry.  It

24      was on some of the past ones.

1          Okay.  So the addition of angina pectoris

2   is in error?

3          **A.    I feel so, yeah.**

4          Q.    All right.  Okay.  Were you aware or did

5   Mr. Wurzel report to you at this point in time,

6   February 13, '09, the frequency of his spasms?

7          **A.    I'm pretty sure.  I felt still he was**

8   **doing well.**

9          Q.    But did he indicate to you how often his

10  spasms were occurring?

11         **A.    I'm pretty sure he indicated, but I did**

12  **not include that in the --**

13         Q.    And you have no independent recollection

14  as to how often they were occurring?

15         **A.    No.**

16         Q.    That's correct?

17         **A.    Correct.**

18         Q.    All right.  Was it your opinion at this

19  point that -- or was it your impression at this point

20  that he was experiencing more along the daily spasm

21  line or more along the rare --

22         **A.    More infrequent, so in between, yeah.**

23         Q.    I notice you did mention here that he had

24  had three episodes of chest pain at work.

Page 83

1      **A.     That was relieved promptly with**

2   **nitroglycerin.**

3           Q.     Do you remember discussions surrounding

4   those episodes that you may have had with Mr. Wurzel?

5      **A.     I could have, but I just -- it's not**

6   **included in the letter.**

7           Q.     Did he provide to you any detail about

8   the level, severity of those spasms, or what had

9   happened in connection with those spasms or anything

10  associated with it?

11     **A.     I don't recall.  Again, I just don't**

12  **recall the conversation.  I'm pretty sure, but I**

13  **remember that it just were relieved promptly with**

14  **nitroglycerin, within less than three minutes, so I do**

15  **not feel that they were severe enough.**

16          Q.     Okay.  Had you known that the spasms --

17  that he had actually -- I mean, there are records of

18  him having had at least five spasms at work in which

19  he had to go to the health center --

20     **A.     Uh-huh.**

21          Q.     -- between October and February.  Had you

22  known that they were occurring more frequently than he

23  was telling you, would that have changed your opinion

24  as to the nature of his condition or the course of

1    treatment?

2                        MR. PEPPEL:  Object to the form

3                  of the question.

4                        THE WITNESS:  Basically it would

5                  not, because regardless, I was going to

6                  make -- I made adjustment on his

7                  medication at the time he saw me.

8    BY MR. WIT:

9         Q.    Okay.

10        **A.    Because I added Ranexa at that time.**

11   **Looking at my note, I added one more agent to the**

12   **treatment of his symptoms.**

13        Q.    Right.  That's in your Impression/Plan.

14        **A.    Correct.**

15        Q.    And Ranexa, what is that intended to do?

16        **A.    It's also to relieve a spasm, and this --**

17   **we prescribe it for patients who are intolerant to**

18   **long-acting nitroglycerin.  Because he had experienced**

19   **headache in the past with long-acting nitrate.**

20        Q.    And that would be the nitro patch?

21        **A.    Patch, and Endur.**

22        Q.    As I read through Mr. Wurzel's medical

23   records, he reported severe headaches --

24        **A.    Headache.**

Page 85

1          Q.    -- when he took the patch?

2          A.    **Correct.**

3          Q.    What's the patch designed to do?

4          A.    **It's to deliver concentration of nitrate,**

5    **continuous nitrate throughout -- to the patient's body**

6    **throughout the day.**

7          Q.    So that the spasm doesn't occur?

8          A.    **Correct.**

9          Q.    And is Ranexa designed to do the same

10   thing?

11         A.    **Same thing, yes.  Without presumed**

12   **headache.**

13         Q.    And do you know if Mr. Wurzel proceeded

14   with that course of treatment for Ranexa?

15         A.    **Yes.**

16         Q.    Is he still on it today?

17         A.    **From what I recall, the last time I saw**

18   **him, I don't think he experienced much improvement**

19   **with Ranexa, so we opted just to discontinue Ranexa.**

20               **Again, the other thing, Ranexa is**

21   **brand-new medication, only been available for the last**

22   **two years, and the study has not been published yet**

23   **for Prinzmetal angina, but we felt it's worth trying.**

24               **And that's the last visit I remember.**

1    **Again, I don't have it in my last letter, but I**

2    **remember that we had to stop medication, because he**

3    **did not feel significant improvement with it.**

4         Q.    Understood, understood.  You also

5    indicated in your Impression/Plan here that you felt

6    Mr. Wurzel's symptoms are stable?

7         **A.    Correct.**

8         Q.    Stable in what sense?

9         **A.    Stable that it's not more frequent -- I**

10   **mean, it's just not very frequent.  I'm just -- and**

11   **it's not requiring a lot of nitroglycerin.**

12        Q.    Not requiring a lot of nitroglycerin --

13        **A.    Yeah, I mean --**

14        Q.    -- in terms of how many?

15        **A.    I mean, he's just requiring like one**

16   **nitroglycerin anytime that he get chest discomfort.**

17        Q.    Is that what he's telling you?

18        **A.    Again, that's what his letter is saying,**

19   **it's relieved promptly with one nitroglycerin in less**

20   **than three minutes.**

21        Q.    So that he --

22        **A.    That's what I got in the letter, yes.**

23        Q.    So Mr. Wurzel is reporting to you that

24   when he has the spasm it's relieved by one nitro

Page 87

1 tablet?

2       A.     Yeah.

3       Q.     And that's an indication to you that it

4 is stable?

5       A.     **It is stable.**

6       Q.     All right.  Did you ever tell Mr. Wurzel

7 that he could take up to 30 nitroglycerin tablets in a

8 day?

9       A.     **No, I didn't.**

10      Q.     No?

11      A.     **No.**

12      Q.     Would that --

13      A.     **Because we always tell them five minutes**

14 **apart, up to three.  That's a standard.  We have also**

15 **a handout about nitroglycerin.**

16      Q.     You do, okay.

17      A.     **Uh-huh.**

18      Q.     Is that something that you would

19 recommend or state to a patient, that it was okay or

20 permissible or safe to take up to 25 nitroglycerin

21 tablets in a day?

22      A.     **No.**

23      Q.     No.  Why not?

24      A.     **Because of blood pressure issues.  Could**

1    **cause hypotension, decrease blood pressure.**

2         Q.    Increase --

3         **A.    Decrease in blood pressure.**

4         Q.    Okay.  So would it be dangerous for a

5    patient to take up to 25 nitroglycerin tablets in a

6    day?

7         **A.    Yes.  And that's when we recommend**

8    **long-acting nitroglycerin.  If we are going to require**

9    **that much nitro, then I would definitely recommend a**

10   **long-acting nitrate rather than just going with p.r.n.**

11   **nitrate.**

12        Q.    Had Mr. Wurzel informed the nurse at

13   Whirlpool that he had taken up to nine nitroglycerin

14   tablets in a day, would that cause you concern?

15        **A.    Then, definitely I need to adjust his**

16   **medication.  Definitely that's a concern.**

17        Q.    Did Mr. Wurzel ever advise you that he

18   had taken up to nine nitroglycerin tablets in a day?

19        **A.    I don't recall -- I don't recall.  I**

20   **mean, just, I may have it in the chart, but I don't**

21   **recall.**

22        Q.    Would that be information that would been

23   significant enough for you to have recorded it in one

24   of your letters?

Page 89

1        **A.    Yes.**

2        Q.    Knowing that information, would it change

3    your opinion about his ability to return to work or

4    the circumstances under which he could return to work?

5        **A.    I mean, then I have to -- then like he is**

6    **not stable enough, that he needs further adjustment of**

7    **his medication.**

8        Q.    So if he's taking up to nine tablets in a

9    day, then would it be an indication to you that the

10    condition is not stable?

11       **A.    Is not stable.**

12       Q.    Unstable?

13       **A.    Uh-huh.**

14       Q.    Yes?

15       **A.    Is not stable, yes.**

16       Q.    Did Mr. Wurzel ever indicate to you that

17    he had been found at Whirlpool slumped over a piece of

18    machinery in connection with a spasm?

19       **A.    No.**

20       Q.    Had you known that, would that change

21    your opinion as to the nature of his condition?

22       **A.    Would have changed it.**

23       Q.    How so?

24       **A.    Again, "slumped over" could mean a lot of**

1    things.  I don't know what he means.  Slumped over

2    because the pain was severe enough that he had -- or

3    would he have syncope with it.  That's all what --

4    that all means different things.

5         Q.    Okay.  But it would certainly --

6         A.    But it would bring it to my attention.

7    That means I have to be adjusting his medication

8    further.

9         Q.    Were you aware that it was -- that

10   Mr. Wurzel would often suffer a spasm at work and then

11   have to go home because of fatigue?

12        A.    It could have, but it is not --

13        Q.    Yeah, I'm asking you whether or not you

14   were aware of that.

15        A.    I don't recall.  I mean, I don't recall.

16        Q.    You don't recall Mr. Wurzel ever

17   reporting that to you?

18        A.    I mean, he reported that he had symptom

19   of pain at work, and that usually, from my

20   understanding, that the nurse let him -- would not let

21   him resume his job.

22        Q.    That was your understanding?

23        A.    That's my understanding.

24        Q.    Do you know -- did Mr. Wurzel ever tell

Page 91

1   you that he requested to go home?

2       **A.    I don't remember that conversation.**

3       Q.    Or even that his daughter had to come get

4   him to take him home?

5       **A.    I don't remember the conversation.  And I**

6   **probably didn't -- I mean, he did not share that**

7   **information.  I did not ask him this information**

8   **either.**

9       Q.    Did Mr. Wurzel ever tell you how long he

10  would have to spend in the Whirlpool health center

11  pursuant to a spasm he was having?

12      **A.    No.**

13      Q.    Were he spending upwards of 15 to 20

14  minutes to an hour, would that cause you concern?

15      **A.    Definitely, if it was interfering with**

16  **his job, definitely.**

17      Q.    Might that also change your opinion in

18  terms of his ability to perform his position safely?

19      **A.    As I said, I would have considered**

20  **adjusting his medication, sure.**

21      Q.    Okay.

22                      (Court Reporter marked Issa

23                      Exhibit 10.)

24  BY MR. WIT:

1    Q.    Okay.  Exhibit 10 is a letter reflecting

2 a visit you had with Mr. Wurzel on April 14, '09,

3 correct?

4    **A.    Uh-huh.**

5    Q.    I'm sorry.  You have to answer verbally.

6    **A.    Yes.  I'm sorry, yes.**

7    Q.    Now, I notice that this visit is a

8 little -- it's two months as opposed to three months

9 out.

10    **A.    Yeah.**

11    Q.    And I'm wondering if there is a reason

12 for that.

13    **A.    Yes.  Because I start him on Ranexa.**

14 **Anytime I start a patient, a patient on new drugs,**

15 **usually like them to come back sooner to see me.**

16    Q.    What are the potential side effects of

17 Ranexa, do you know?

18    **A.    Basically, dizziness possible, and lower**

19 **extremity edema, which is swelling of the legs.**

20    Q.    Yeah.

21    **A.    Again, it's -- I'm pretty sure there is a**

22 **long list reported in the PDR.**

23    Q.    We could look at the PDR?

24    **A.    Yeah.  But it's not a common thing that**

Page 93

1    **we get reported.**

2         Q.   Okay.  And referring you now to Exhibit

3    10, I notice that Ranexa is not -- no longer listed as

4    one of his medications there, but Ativan is.  I'm

5    wondering why the change.

6         **A.   I did not put him on the Ativan.  That is**

7    **nothing that was prescribed by my office.**

8         Q.   What is Ativan?

9         **A.   It's anxiolytic.  It's a medication for**

10   **anxiety.**

11        Q.   For anxiety?

12        **A.   Yeah.**

13        Q.   That's not a medication that you

14   prescribed?

15        **A.   No.**

16        Q.   Do you have an independent recollection

17   that he was taking Ativan at this point, as of April

18   14, 2009?

19        **A.   I think that was the first time that it**

20   **appeared on the record, yeah.  It was the first time**

21   **that it appeared on our record that it was taken.**

22        Q.   Could that have been something that his

23   primary care physician prescribed?

24        **A.   I'm pretty sure.**

1  Q.   And why is -- did you remove him from

2  Ranexa at this point?

3  **A.   Most -- most likely what happened, the**

4  **patient called the office because they did not have --**

5  Q.   Sorry to interrupt you.  But perhaps if

6  you look at History of Present Illness, that might

7  help us.

8  **A.   Yeah.**

9  Q.   This indicates, and I'm quoting here,

10  "The patient, however, has not been taking Ranexa due

11  to the cost of medication and has done remarkably well

12  with the in frequent episodes of chest pain that is

13  relieved with nitroglycerin."

14  **A.   Yes.**

15  Q.   So he had stopped taking Ranexa?

16  **A.   Because of the cost of the medication.**

17  Q.   And he was doing --

18  **A.   Well.**

19  Q.   -- fine without it --

20  **A.   Yes.**

21  Q.   -- according to him.  Okay.

22                    (Court Reporter marked Issa

23                    Exhibit 11.)

24                    MR. WIT:  Before we get to that,

Page 95

1          I don't have a copy of this, but why

2          don't we just mark this as 12.

3               (Court Reporter marked Issa

4          Exhibit 12.)

5  BY MR. WIT:

6      Q.   Okay.  Doctor, why don't you take a look

7  at Exhibit 12 before we talk about 11.  I don't have

8  copies.  I just found this this morning.

9          Okay.  That appears to be another release

10  for Mr. Wurzel to return to work that you authorized;

11  is that right?

12      **A.   Correct.**

13      Q.   Is that consistent with your visit with

14  Mr. Wurzel on February 13, 2009?

15               MR. PEPPEL:  Can we take one

16          second?

17               (Pause.)

18               THE WITNESS:  Yes.  That's the

19          same date.

20               MR. WIT:  He confirmed that the

21          restriction was consistent with the

22          February 13 letter.

23               MR. PEPPEL:  That's fine.

24  BY MR. WIT:

1          Q.    Do you recall what caused you to issue

2 another release for Mr. Wurzel to return to work in

3 February of '09?

4          **A.**    **I don't.**

5          Q.    You don't?

6          **A.**    **Just, again, based on the visit, that I**

7 **thought his symptoms were stable so --**

8          Q.    Uh-huh. Okay.

9          **A.**    **-- he wants to go back to work and --**

10          Q.    Were you aware of the job that Mr. Wurzel

11 was performing as of February 2009?

12          **A.**    **No.**

13          Q.    Okay. Were you familiar at all with his

14 job responsibilities or the work environment within

15 which he was working as of February of '09?

16          **A.**    **Again, I don't have details on his job,**

17 **but I felt that he was able to perform any kind of**

18 **job, so that's, to me --**

19          Q.    Well, did Mr. Wurzel describe for you in

20 any level of detail what it was he was doing at

21 Whirlpool as of February 2009?

22          **A.**    **Again, could have, but I don't have**

23 **recollection of the whole thing again.**

24          Q.    Okay. Your opinion, however, as of

Page 97

1    February '09, hadn't changed in that you still thought

2    Mr. Wurzel was capable of performing any job without

3    restriction?

4        **A.    I thought so.**

5        Q.    Okay.  Now, back to Exhibit 11.

6        **A.    Uh-huh.**

7        Q.    Which is the letter dated 7-23-09.

8        **A.    Uh-huh.**

9        Q.    Got it?

10       **A.    Yes.**

11       Q.    And this reflects a visit you had with

12   Mr. Wurzel on July 17, which would be three months

13   following the April?

14       **A.    Uh-huh.**

15       Q.    So this is a more regularly scheduled --

16       **A.    Yes.**

17       Q.    Okay.  So I note at this point there is

18   another drug identified here, Simvastatin?

19       **A.    Yes.**

20       Q.    What is that?

21       **A.    It's cholesterol medication.**

22       Q.    Okay.

23       **A.    Another term is Zocor.**

24       Q.    The nitro is still at the same level in

1  terms of prescription, right?

2  **A.   Yes.**

3  Q.   And he's still getting 25 pills -- or 25

4  tablets per prescription?

5  **A.   Prescription.**

6  Q.   And you don't know how often he's

7  refilling that?

8  **A.   I don't have.**

9  Q.   Now, there's terminology I would like you

10  to describe for me.  You indicate at the bottom of

11  History of Present Illness, "He has no dyspnea" --

12  **A.   Shortness of breath.**

13  Q.   Orthopnea is not waking up at night?

14  **A.   Orthopnea, he is able to lay flat on his**

15  **back without being short of breath.**

16  Q.   Okay.  And then paroxysmal nocturnal

17  dyspnea.

18  **A.   Not waking up at night to catch his**

19  **breath.**

20  Q.   Okay.  He's reporting none of that?

21  **A.   None of that.**

22  Q.   And describe for me why that is

23  significance in the course of your treatment.

24  **A.   Basically those symptoms are just signs**

Page 99

1    of congestive heart failure.  So he has no congestive

2    heart failure symptoms.

3         Q.    Okay.  Is it your opinion, or do you have

4    any opinion as to whether or not there is a

5    psychosomatic aspect to Mr. Wurzel's condition?

6         A.    I cannot answer this question.

7         Q.    You don't know one way or the other?

8         A.    I don't know.

9         Q.    Have you thought about that?

10         A.    I mean, one of the things I've discussed

11    with Brian before, I said he could have some chest

12    pain that is not all related to his Prinzmetal angina,

13    and that's something we've discussed previously.

14         Q.    All right.

15         A.    So I do not feel that all the chest pain

16    he's had is related to his Prinzmetal angina.

17         Q.    I understand.

18         A.    And that's something that's clear between

19    me and Brian, because I told him before, I said, not

20    every chest pain you're going to have you have to take

21    a nitroglycerin for.  And he's, I feel, very well

22    educated about his symptoms.

23         Q.    And now you consistently note in your

24    reports that we have been looking at, Mr. Wurzel is

1  able to gain control over his angina with

2  nitroglycerin pills in a matter of minutes after the

3  onset.

4       **A.    Yes, correct.**

5       Q.    Is it possible that an individual with

6  Prinzmetal angina might become lightheaded, dizzy, or

7  even lose consciousness without any advanced warning?

8       **A.    No.**

9       Q.    It's completely impossible?

10      **A.    I mean, it's very rare.**

11      Q.    Okay.

12      **A.    But that's -- again, it's rare.  It's not**

13 **a common thing.**

14      Q.    All right.  Is it possible that someone

15 might experience that type of symptom, dizziness or

16 lightheadedness, before he can get to an angina -- I'm

17 sorry, a nitroglycerin tablet?

18      **A.    Again, from my experience, I have not**

19 **seen it.**

20      Q.    Okay.

21      **A.    And although it's reported in the**

22 **literature, but everything is reported, too.**

23      Q.    Sure.  Now, Mr. Wurzel's smoking is a

24 consistent topic of discussion.

Page 101

1    **A.**   **Yes.**

2    Q.   Why is that?

3    **A.**   **Because that's going to increase his risk**

4    **of developing atherosclerotic heart disease and lung**

5    **cancer.**

6    Q.   Does it -- does the smoking itself

7    exacerbate the Prinzmetal angina in any way?

8    **A.**   **It could be.**

9    Q.   How would it do that?

10   **A.**   **Again, because of the hormonal changes**

11   **that would cause increased risks of spasm, too.**

12   Q.   Do you have any opinion as to whether or

13   not Mr. Wurzel's smoking is, in fact, exacerbating his

14   Prinzmetal angina?

15   **A.**   **No.**

16   Q.   You don't have any opinion or it isn't?

17   **A.**   **I don't feel it's contributing.  I mean,**

18   **it might be partially contributing.  I cannot say it's**

19   **strong a contributor, but it might be playing an**

20   **effect.  It might be.**

21   Q.   How, in your opinion, does Mr. Wurzel's

22   condition impact his physical or mental abilities on a

23   day-to-day basis, if at all?

24   **A.**   **I feel his symptoms are stable.  I mean,**

1    **just from what I feel, that after we got the correct**

2    **diagnosis for Mr. Wurzel and he is aware of his**

3    **condition, I feel that he is being more --**

4         Q.    So if we look back, then, between the --

5    when the condition is diagnosed to present day, do you

6    believe he is restricted in any way in terms of what

7    he can and can't do?

8         A.    **I don't feel he is restricted, no.**

9         Q.    So you feel he has no physical or mental

10   restrictions whatsoever?

11        A.    **No.**

12        Q.    Is that correct?

13        A.    **Correct.**

14        Q.    Are you aware that Mr. Wurzel was sent

15   for an independent medical evaluation in relation to

16   his condition?

17        A.    **No.**

18        Q.    Do you know --

19        A.    **The only thing I remember, he said he was**

20   **going to seek a second opinion through one of my**

21   **partners.  That is the only thing I remember.**

22        Q.    Do you know who that was?

23        A.    **It was Dr. Stockton.**

24        Q.    Do you know if he ever sought a second

Page 103

1    opinion from another physician other than someone

2    within your organization?

3         A.    I was not aware, no.

4         Q.    Are you familiar with Dr. Haridas Biswas?

5         A.    Yes.

6         Q.    And he's a cardiologist in the Toledo

7    area, right?

8         A.    Correct, yes.

9         Q.    Do you know him by professional

10   reputation?

11        A.    I've heard of him, but I don't know him.

12        Q.    And you never worked with him before?

13        A.    No.

14        Q.    Are you aware that between May and June

15   of 2009, Dr. Biswas recommended that Mr. Wurzel work

16   only under close supervision, that he should not work

17   alone, near areas with an assembly line or moving

18   machinery, because of his Prinzmetal angina?

19        A.    No.

20        Q.    Are you aware that Dr. Biswas also

21   recommended that Mr. Wurzel should avoid working close

22   to potentially risky areas, such as areas with moving

23   objects, moving machinery or being around water or

24   pools?

1        **A.    I was not.**

2        Q.    As you sit here today, do you have any

3    opinion as to whether or not those recommendations

4    would be reasonable or unreasonable, given

5    Mr. Wurzel's condition?

6        **A.    From what I know about Mr. Wurzel, I feel**

7    **that -- unless, again, I don't know what the symptoms**

8    **that was described with Dr. --**

9        Q.    Biswas?

10       **A.    Biswas, yeah.  So based on the symptoms**

11   **that was reported to me, I feel that Mr. Wurzel is**

12   **able to perform his work.  Again, if he got a**

13   **different story, that's different.**

14       Q.    Okay.  So had Dr. Biswas been advised of

15   associated dizziness or lightheadedness, taking of

16   multiple nitroglycerin tablets, that might impact

17   his -- and a medical opinion such that he would be

18   more restricted in terms of what he could and couldn't

19   do?

20       **A.    Correct.**

21       Q.    I mean, in your opinion, what type of

22   symptoms would Mr. Wurzel have to be exhibiting for

23   those types of restrictions, the ones I've just

24   described to you, to be put into place?

Page 105

1          A.     He has to be having frequent symptoms on

2     a daily basis and unable to perform his work.

3          Q.     Frequent symptoms of --

4          A.     Like having to take multiple

5     nitroglycerin to relieve his symptoms; if he's taking

6     sporadic nitroglycerin, there is no need for

7     restrictions for him.

8          Q.     So the more frequent the symptoms become,

9     the more likely it is that he should be restricted

10    from working in safety-sensitive positions?

11         A.     Correct.

12         Q.     Would it also be true that if he is

13    experiencing dizziness or lightheadedness in

14    connection with his symptoms or the taking of

15    nitroglycerin, that might also restrict his ability to

16    work in safety-sensitive positions?

17         A.     It's possible, depending on the frequency

18    again.

19         Q.     And as I say, it's not that he can't do

20    the job --

21         A.     Uh-huh.

22         Q.     -- it's that it would be unsafe for him

23    to do it, right?

24         A.     I mean, I feel Safe.  I just feel

1    **comfortable that he is able to perform his work.**

2                        MR. WIT:  Could we take like a

3                    two-minute break?  I might be pretty much

4                    done.

5                        MR. PEPPEL:  Sure.

6                        (A brief recess was had.)

7    BY MR. WIT:

8        Q.    The last record I have of consultation

9    between you and Mr. Wurzel was that one we've just

10   discussed in July.  Have you seen him since?

11       **A.    No.**

12       Q.    Were you aware that Mr. Wurzel had filed

13   a lawsuit against Whirlpool in relation to anything?

14       **A.    In the last visit, actually, he told me**

15   **that I'm going to be subpoenaed.**

16       Q.    Did he indicate to you at all what the

17   lawsuit was about?

18       **A.    I asked about the lawsuit.  He said that**

19   **he's trying to go back to work and Whirlpool is not**

20   **allowing him to go back to work.  That's the**

21   **conversation we had very briefly.**

22       Q.    So it's your understanding that

23   Mr. Wurzel is currently not working at Whirlpool?

24       **A.    Correct.**

1      Q.   Do you know why that is, or did he tell

2   you why that is?

3      **A.   For this reason.**

4      Q.   For --

5      **A.   Whatever -- because he -- they're not**

6   **letting him go back to work.**

7      Q.   Okay.  That's what he told you?

8      **A.   I mean, I assume so.  I mean, I did not**

9   **ask him.**

10      Q.   Okay.

11      **A.   Again, I did not want to get involved.**

12      Q.   No, of course.

13      **A.   I did not want to get dragged into this**

14   **thing.**

15                      MR. WIT:  Here you are anyway.

16                      That's all the questions I have.

17                      Do you have any questions?

18                      MR. LANDRY:  I just have a

19              couple.

20                         - - -

21                      EXAMINATION

22   BY MR. LANDRY:

23      Q.   Doctor, we've introduced ourselves

24   earlier this morning.  I'm representing Brian Wurzel.

1          The various diagnoses and course of

2     treatment that you prescribed and you wrote in the

3     various reports, do you believe that those are

4     accurate based on symptoms that were described to you?

5          **A.    Yes.**

6          Q.    Course of treatment?

7          **A.    Yes.**

8          Q.    And your recommendations as to

9     Mr. Wurzel's ability to return to work, you believed

10    those were accurate when you made those --

11         **A.    Correct.**

12         Q.    -- based on information that you had?

13         **A.    Correct.**

14         Q.    Right.  And I know there's been some

15    questions as to -- there's been questions posed to you

16    as to opinions of Dr. Biswas.  Do you have any

17    knowledge of what Mr. Wurzel may have told Dr. Biswas?

18         **A.    No.**

19         Q.    Do you have any knowledge as to when

20    Mr. Wurzel may have met with Dr. Biswas?

21         **A.    No.**

22         Q.    So you're really -- any questions that

23    were posed to you are really speculative, because you

24    don't have any information?

Page 109

1      **A.    Correct.**

2               MR. LANDRY:  Okay.  With that I

3      don't have anything further.

4               MR. WIT:  Do you have anything?

5               MR. PEPPEL:  No.  I will tell

6      you that you have the right to review the

7      deposition transcript to determine if

8      there are any typographical errors, or

9      you can waive that right, and it's

10     totally up to you.

11              THE WITNESS:  Probably should

12     review it.

13              MR. PEPPEL:  So we'll reserve.

14              MR. WIT:  Thank you, sir.

15              (Deposition concluded and

16     witness excused at 11:20 a.m.)

17              (Signature reserved.)

18                  - - -

19

20

21

22

23

24

1                       SIGNATURE PAGE

2

         Date of Deposition:  October 29, 2009
3
         Correction page(s) enclosed? Yes___   No___
4
         How many correction pages?_____
5

6
               _____
7                   MARK G. ISSA, D.O., F.A.C.C.
         Date

8

9                            - - -

10

11

12

13       Subscribed to before me this _____ day

14

15

16

17       of _____, 2009.

18

19

20

21

22       _____
         NOTARY PUBLIC
23

24

Page 111

1                    C E R T I F I C A T E

2

3            I, Casey G. Schreiner, a Notary Public in

4    and for the State of Ohio, duly commissioned and

5    qualified, do hereby certify that the within-named

6    witness was by me first duly sworn to tell the truth,

7    the whole truth, and nothing but the truth in the

8    cause aforesaid; that the testimony then given was by

9    me reduced to stenotype in the presence of said

10   witness and afterwards transcribed; that the foregoing

11   is a true and correct transcription of the testimony

12   so given as aforesaid.

13           I do further certify that this deposition was

14   taken at the time and place in the foregoing caption

15   specified.

16           I do further certify that I am not a

17   relative, employee of or attorney for any of the

18   parties in this action; that I am not a relative or

19   employee of an attorney of any of the parties in this

20   action; that I am not financially interested in this

21   action, nor am I or the court reporting firm with

22   which I am affiliated under a contract as defined in

23   the applicable civil rule.

24

1        IN WITNESS WHEREOF, I have hereunto set my

2    hand and affixed my seal of office at Toledo, Ohio on

3    this 9th day of November, 2009.

4

5                    _____
                     CASEY C. SCHREINER, RMR-RDR
6                          Notary Public
                     in and for the State of Ohio

7

8    My Commission expires December 8, 2011.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**A**

**abilities**
101:22
**ability** 59:23
69:6 78:18
89:3 91:18
105:15
108:9
**able** 47:12
52:23 57:15
57:17 58:13
59:7 61:18
74:8 96:17
98:14 100:1
104:12
106:1
**abnormal**
19:23,24
20:1,5
22:13 81:19
**abnormality**
20:18,19
**absolutely**
14:13 46:18
**account** 68:17
**accurate** 5:15
56:17 108:4
108:10
**accurately**
5:11
**achieve** 20:11
**acid** 32:2
**action** 61:14
62:1 111:18
111:20,21
**activity** 8:17
**acute** 77:1
**adam** 2:8 4:7
**added** 81:5,22
84:10,11
**addition** 82:1
**addon** 34:10
**adjust** 39:5
50:12 68:16
78:10 88:15
**adjusting**
51:6 68:4
90:7 91:20
**adjustment**
51:15 84:6

89:6
**admission**
51:16
**advanced** 17:9
100:7
**advise** 88:17
**advised**
104:14
**affect** 15:15
**affiliated**
111:22
**affixed** 112:2
**aforesaid**
111:8,12
**agent** 13:17
45:19 84:11
**aggravate**
69:14
**ago** 18:5,7
**alleviate**
14:8
**allow** 57:7
**allowing**
106:20
**amount** 11:6
37:24
**angina** 8:5,11
8:15,16,24
9:7,8,10,10
9:15 10:2,2
10:22,24
11:4,5,13
11:20 12:20
13:11 14:11
14:24 15:15
15:20,22,22
16:3,4,7
17:5 18:1
18:20,24
19:10,16
22:7 25:22
27:22 28:3
28:14,18
30:18,21
31:15,19,23
36:20 38:10
38:14,15,16
39:1,2,3,10
39:17,21,22
40:1,2,7
42:4 45:4

54:1 56:1,3
56:6,6,13
56:17,20,21
56:23 67:23
81:5 82:1
85:23 99:12
99:16 100:1
100:6,16
101:7,14
103:18
**angiogram**
22:2,17
23:8
**angioplasty**
19:8
**answer** 5:3,4
5:10,15
26:24 79:10
92:5 99:6
**answers** 4:21
4:22
**anterior** 19:4
37:8
**antihypert...**
33:10
**antihypert...**
45:19
**antioxidant**
46:8
**anxiety** 93:10
93:11
**anxiolytic**
93:9
**anymore** 50:22
**anytime** 16:1
16:2 24:13
46:18 86:16
92:14
**anyway** 107:15
**apart** 76:15
76:16 87:14
**apparently**
35:17
**appearances**
2:1
**appeared** 81:6
93:20,21
**appears** 41:23
53:5 95:9
**applicable**
111:23

**appointment**
34:18 52:8
80:24
**approximately**
49:23
**april** 92:2
93:17 97:13
**area** 7:4,12
8:4 20:4,21
70:2 103:7
**areas** 7:16
103:17,22
103:22
**arm** 8:23
**arrhythmia**
16:18 68:6
68:8,11,12
68:14
**arrhythmias**
16:15
**art** 38:12
**arteries**
10:13
**artery** 9:9,11
9:13 10:10
10:23 11:16
15:1 16:14
16:16,17
19:1,5,8
23:9 31:21
31:24 37:9
37:9 39:18
40:9,14
**asked** 42:12
52:13,14,18
52:22 59:1
62:12
106:18
**asking** 4:20
5:7 46:13
52:12 55:2
55:7 76:3
90:13
**aspect** 99:5
**aspirin** 46:2
46:4
**assembly**
103:17
**associated**
9:16,23
10:23 11:20

16:12 31:8
39:2,3,11
40:2 46:11
46:16 66:22
67:12 74:19
83:10
104:15
**assume** 5:14
107:8
**assumption**
26:8
**atheroscle...**
10:17 39:17
40:8 101:4
**ativan** 93:4,6
93:8,17
**attack** 11:12
11:13,14
16:12,13
**attacks** 66:4
**attention**
55:6 90:6
**attorney**
111:17,19
**atypical** 30:3
30:7,12,14
30:21 31:1
**author** 77:23
**authored** 7:21
**authorized**
95:10
**authorizing**
57:9,24
59:3
**automatic**
60:3
**available**
85:21
**avenue** 2:14
**avoid** 103:21
**aware** 21:13
32:24 46:19
48:12,13
59:12 60:22
64:16 66:19
66:21 72:12
74:17,21
75:1 77:17
78:2,4,16
82:4 90:9
90:14 96:10