**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **BRIAN WURZEL,** | * | Case No.   3:09CV498 |
| Plaintiff, | | |
| | * | Chief Judge James G. Carr |
| v. | | |
| | * | **NOTICE OF APPEAL** |
| **WHIRLPOOL CORPORATION,** | | |
| | * | Francis J. Landry,   (0006072) |
| Defendant. | | **WASSERMAN, BRYAN, LANDRY** |
| | * | **& HONOLD, LLP** |
| | | 300 Inns of Court Building |
| | * | 405 N. Huron Street |
| | | Toledo, Ohio 43604 |
| | * | Telephone:  (419) 243-1239 |
| | | Facsimile:  (419) 243-2719 |
| | * | **Attorney for Plaintiff** |
| | | **Brian Wurzel** |

\*   \*   \*   \*   \*   \*   \*   \*   \*

Notice is hereby given that Brian Wurzel, Plaintiff in the above-captioned case,  hereby appeals to the United States Court of Appeals for the Sixth Circuit from the  Order (Doc.#51) filed in this action on April 14, 2010 and the final Judgment  Entry (Doc.#52), entered in this action on April 14, 2010 which granted Defendant's Motion for Summary Judgment and Dismissed this action in its entirety.

Respectfully submitted,

**WASSERMAN , BRYAN, LANDRY & HONOLD, LLP**

/s/Francis J. Landry
Francis J. Landry,  Attorney for

1

       Plaintiff, Brian Wurzel

**NOTICE OF SERVICE**

I hereby certify that the foregoing *Notice of Appeal* was filed on May 13, 2010, electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       <u>s/Francis J. Landry</u>
       Francis J. Landry, Attorney for
       Plaintiff, Brian Wurzel