# TRANSMISSION FORM

| District Court<br>NORTHERN OHIO, WESTERN DIVISION | District Court No. 3:09cv498<br>USCA No. **10-3629** |
|---|---|

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF<br>NAME: Francis J. Landry<br>FIRM NAME: Wasserman, Bryan, Landry & Honold<br>ADDRESS: 300 Inns of Court Bldg.<br>405 North Huron Street<br>Toledo, OH. 43604<br>TELEPHONE: 419-243-1239 |
|---|---|
| BRIAN WURZEL<br><br>PLAINTIFF - __APPELLANT__<br><br>v.<br><br>WHIRLPOOL CORPORATION<br><br>DEFENDANT - __Appellee__ | CURRENT COUNSEL FOR DEFENDANT<br>NAME: Kent D. Riesen<br>FIRM NAME: Anspach, Meeks, Ellenberger<br>ADDRESS: Suite 1600<br>300 Madison Avenue<br>Toledo, OH. 43604<br>TELEPHONE: 419-246-5757 |

If Habeas Corpus, Certificate of Appealability is:   ( ) granted   ( ) denied   ( ) pending

Criminal Defendant:  ( ) on bond   ( ) incarcerated   ( ) on probation

Fees:  District Court & USCA Fee Paid:   (X) yes   ( ) no   ( ) not required
       Pauper Status:   ( ) granted   ( ) denied   ( ) pending
       Affidavit of Financial Status Filed:   ( ) yes   ( ) no

Counsel:   ( ) appointed   (X) retained   ( ) pro se

District Court Judge: __Carr__          Court Reporter: __NONE__

Any hearing or trial   ( ) yes   (X) no       If yes, dates ___

FROM __Kelly Copeland for Shawn Harrigan__       DATE __MAY 21, 2010__

---

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is _____ and includes an updated copy of docket entries.

---

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this ___ day of _____, **2010**. Clerk, GERI M. SMITH, U.S. District Court